**From:** Sherida Nabi <sherida.nabi@gmail.com>
**Sent:** Wednesday, October 3, 2018 11:58 AM
**To:** EDGAR TORRES <LeMareTransport@bellsouth.net>
**Cc:** Raoul Doekhie <raoul.doekhie@tropicalgroupnv.com>; Riz Doekhie <riz.doekhie@tropicalgroupnv.com>
**Subject:** FW: BOL WORKSHEET -

Pls send us BOLs

S

GOVERNMENT
EXHIBIT
**1A**
18CR20989

GRD-000050202

B/L WORKSHEET
FOR: NATURES BOUNTY,S.C. JOHNSON, ETC-

| JUST INSERT BELOW- 03-OCT-18 | | | | | | | IN LBS | IN C.F. |
|---|---|---|---|---|---|---|---|---|
| TROPICAL PO NUMBER | SUPPLIER AS IT READS ON THE INVOICE | DATE CARGO RECIVED BY BUYER | CITY CARGO RECEIVED AT | DESCRIPTION OF CARGO | HAZ MAT YES OR NO | NUMBER OF PALLETS | WEIGHT OF CARGO INCLUDING PLTS | VOLUME OF CARGO |
| | 8876 ACCO BRANDS | 16-July-18 | Lemare Transport | BINDERS/NOTEBOOKS | N | 9 PLTS | 13.986 LB | 542 CF |
| | 8876 ACCO BRANDS | 18-Jul-18 | Lemare Transport | BINDERS/NOTEBOOKS | N | 1 PLTS | 172 LB | 7 CF |
| | 8929 ACCO BRANDS | 30-Jul-18 | Lemare Transport | BINDERS/NOTEBOOKS | N | 20 PLTS | 29.059 LB | 1.129 CF |
| | 9010 ACCO BRANDS | 14-SEPT-18 | Lemare Transport | BINDERS/NOTEBOOKS | N | | 17.453LB | 648 CF |
| TMD180315-SSN | AKAY | 02-April-18 | CIF SURINAME | EYE DROPS | Y | 714 CASES | | |
| | 8810 AMBU | 26-JUN-18 | Lemare Transport | MEDIC MASKS | Y | 4 PLTS | 370.000KG | 1724.750CBM |
| | 8839 AMBU | 26-JUN-18 | Lemare Transport | MEDIC MASKS | Y | 175 CASES | 370.000KG | 21840.000CBM |
| | 8925 AMBU | 08-AUG-18 | Lemare Transport | MEDIC MASKS | Y | 4 CTNS | 304.000KG | 17709.999CBM |
| | 9014 AMBU | 07-SEPT-18 | Lemare Transport | MEDIC MASKS | Y | 14 CTNS | 829.000KG | 5898.000CBM |
| | 8701 ASR | 20-JUN-18 | NJ | RAZORS/BLADES | N | 7 UNITS | 1,266 | 323 FT3 |
| | 8829 ASR | 24-JUL-18 | NJ | RAZORS/BLADES | N | 8 UNITS | 1,461 | 381 FT3 |
| | 8821 ARMORED | 27-JUNI-18 | Lemare Transport | CAR SUPPLIES | N | 3903 CASES | 23292.120 LB | 935.914.FT3 |
| | 8821-A ARMORED | 05-JULY-18 | Lemare Transport | CAR SUPPLIES | N | 48 CASES | 480.096LB | 25.632FT3 |
| | 8821-B ARMORED | 16-JULY-18 | Lemare Transport | CAR SUPPLIES | N | 240 CASES | 2400.000LB | 127.680FT3 |
| | 8907 ARMORED | 31-JULY-18 | Lemare Transport | CAR SUPPLIES | N | 5340 CASES | 41405.000LB | 1835.280FT3 |
| | 8907-A ARMORED | 17-JULY-18 | Lemare Transport | CAR SUPPLIES | N | 400 CASES | 2864.400LB | 159.300 FT3 |
| | 8911 ARMORED | 17-JULY-18 | Lemare Transport | CAR SUPPLIES | N | 5257CASES | 20856.400LB | 1795.366FT3 |
| | 8926 ARMORED | 27-JULY-18 | Lemare Transport | CAR SUPPLIES | N | 2537 CASES | 12431.300LB | 570.825.FT3 |
| | 8951 ARMORED | 16-Aug-18 | Lemare Transport | CAR SUPPLIES | N | 6592 CASES | 21242.526LB | 2179.178 FT3 |
| | 8951-B ARMORED | 17-Aug-19 | Lemare Transport | CAR SUPPLIES | N | 4119 CASES | 26801.172LB | 1189.077FT3 |
| | 8603 ATKINS | 23-MRT -18 | Lemare Transport | FOODSTUF/BARS | N | 3451 CASES | | |
| | 8603-A ATKINS | 24-MRT -18 | Lemare Transport | FOODSTUF/BARS | N | 3091 CASES | | |
| | 8603-B ATKINS | 13-APRIL -18 | Lemare Transport | FOODSTUF/BARS | N | 592  CASES | | |
| | 8868 ATKINS | 29-JUN -18 | Lemare Transport | FOODSTUF/BARS | N | 3418 CASES | 25993.91 LBS | |
| | 8868-A ATKINS | 27-JUL -18 | Lemare Transport | FOODSTUF/BARS | N | 1884 CASES | 15625.99 LBS | |
| | 8689 AVERY | 16-MAY-18 | Lemare Transport | BINDERS/PLASTIC DIVIDERS | N | 16 PLTS | 8,969.00 | |
| | 8801 AVERY | 28-JUN-18 | Lemare Transport | BINDERS/PLASTIC DIVIDERS | N | 10 PLTS | 5,442.00 | |
| | 8872 AVERY | 29-JUN-18 | Lemare Transport | BINDERS/PLASTIC DIVIDERS | N | 30 PLTS | 16,848.00 | |
| | 8897 AVERY | 30-JUL-18 | Lemare Transport | BINDERS/PLASTIC DIVIDERS | N | 24 PLTS | 12,254.00 | |
| | 8986 AVERY | 30-AUG-18 | Lemare Transport | BINDERS/PLASTIC DIVIDERS | N | 11 PLTS | 6,026.00 | |
| | 8356 BAYER | 08-JUN-18 | Lemare Transport | OTC | N | | 4,826.71 | |
| | 40287 BERTOLLI | 16-MAY-18 | Lemare Transport | FOODSTUF/OLIVE OIL | N | 1264 CASES | 17048.70 LBS | |
| | 8814 BERTOLLI | 20-JUL-18 | Lemare Transport | FOODSTUF/OLIVE OIL | N | 1924 CASES | 25651.48 LBS | |
| | 8937 BERTOLLI | 13-AUG-18 | Lemare Transport | FOODSTUF/OLIVE OIL | N | 1582 CASES | 18197.90 LBS | |
| | 8998 BERTOLLI | 10-SEP-18 | Lemare Transport | FOODSTUF/OLIVE OIL | N | 1193 CASES | 6729.97 LBS | |
| | 40664 BERTOLLI | 26-SEP-18 | Lemare Transport | FOODSTUF/OLIVE OIL | N | 850 CASES | 11464.71 LBS | |
| | 9006 BSN-MEDICAL | 24-SEP-18 | Lemare Transport | MEDICAL SUPPLIES | N | 820 PCS | | |
| | 8961 BSN-MEDICAL | 24-SEP-18 | Lemare Transport | MEDICAL SUPPLIES | N | 800 PCS | | |
| | 8733 CAR FRESHNER | 22-MAY-18 | Lemare Transport | CAR SUPPLIES / AIRFRESNER | Y | 2PLTS | 902 LBS | |
| | 8906 CAR FRESHNER | 27-JULY-18 | Lemare Transport | CAR SUPPLIES / AIRFRESNER | Y | 3PLTS | 1809 LBS | |
| | 9009 CAR FRESHNER | 04-SEPT-18 | Lemare Transport | CAR SUPPLIES / AIRFRESNER | Y | 2PLTS | 1442 LBS | |
| | 9050 CAR FRESHNER | 01-OCT-18 | Lemare Transport | CAR SUPPLIES / AIRFRESNER | Y | 2 PLTS | 1362 LBS | |

GRD-000050203

| ID | Company | Date | Transport | Category | Flag | Quantity | Weight |
|---|---|---|---|---|---|---|---|
| TMD180827-1 | CARIBA | 28-AUG-18 | Lemare Transport | OTC | Y | 1.58X40X48 | 1075LBS |
| 8484 | CHURCH & DWIGHT | 12-SEPT-18 | Lemare Transport | PERSONAL CARE | N | 23 PLTS | 24689LBS |
| 8484-A | CHURCH & DWIGHT | 12-SEPT-18 | Lemare Transport | SOFTENERS, FABRIC | N | 2 PLTS | 944 LBS |
| 8841 | COMBE | 02-JULY-18 | Lemare Transport | PERSONAL CARE | N | 12PLTS | 9412.70 LBS |
| 8932 | COMBE | 09-AUG-18 | Lemare Transport | PERSONAL CARE | N |  | 140.40 LB |
| 8870 | DAVINCI | 31-AUG-18 | Lemare Transport | FOOD SCIENCE-OTC | N | 718 CASES |  |
| 8997 | DAVINCI | 31-AUG-18 | Lemare Transport | FOOD SCIENCE-OTC | N | 620 CASES |  |
| 8800 | DEMETS | 26-JUN-18 | Lemare Transport | FOODSTUF / CANDY | N |  | 8775 |
| 8933 | DEMETS | 07-AUG-18 | Lemare Transport | FOODSTUF / CANDY | N |  |  |
| 9023 | DEMETS | 14-SEP-18 | Lemare Transport | FOODSTUF / CANDY | N | 595 CASES |  |
| TMD180611-1 | DYNAREX | 29-JUN-18 | Lemare Transport | MEDICAL SUPPLIES | N | 165 PACKAGES | 1826.00 LB |
| 8771 | FLEXICARE | 28-JUN-18 | Lemare Transport | Medical Supplies | N | 1 PLTS |  |
| 8894 | FLEXICARE | 24-AUG-18 | Lemare Transport | Medical Supplies | N | 4 PLTS |  |
| 8939 | FLEXICARE | 24-AUG-18 | Lemare Transport | Medical Supplies | N | 4 PLTS |  |
| 9007 | FLEXICARE | 21-SEPT-18 | Lemare Transport | Medical Supplies | N | 1 CRTN |  |
| 2502 | GOYA FOODS | 14-SEPT-18 | Lemare Transport | FOODSTUF | N | 1240 CASES | 28622 LBS |
| 9062 | GOYA FOODS | 28-SEPT-18 | Lemare Transport | FOODSTUF | N | 1409 CASES | 34895 LBS |
| 8729 | HAIN CELESTIAL | 11-JUN-18 | Pick -UP / HAIN CELESTIAL GROUP C/O ODC - PERSONAL CARE | PERSONAL CARE | N | 10.5 PLTS | 17566.74 LB |
| 8767 | KIKKOMAN | 05-JUN-18 | Lemare Transport | FOODSTUF/SOY SAUCES | N | 21 PLTS | 39,982.45 |
| 8788 | KIKKOMAN | 27-JUN-18 | Lemare Transport | FOODSTUF/SOY SAUCES | N | 20 PLTS | 41,905.09 |
| 8787 | KIKKOMAN | 02-JUL-18 | Lemare Transport | FOODSTUF/SOY SAUCES | N | 22 PLTS | 43,017.72 |
| 8789 | KIKKOMAN | 05-JUL-18 | Lemare Transport | FOODSTUF/SOY SAUCES | N | 20 PLTS | 39,725.02 |
| 8928 | KIKKOMAN | 02-AUG-18 | Lemare Transport | FOODSTUF/SOY SAUCES | N | 22 PLTS | 43,122.97 |
| 8913 | KIKKOMAN | 01-AUG-18 | Lemare Transport | FOODSTUF/SOY SAUCES | N | 22 PLTS | 43,040.47 |
| 8917 | KIKKOMAN | 01-AUG-18 | Lemare Transport | FOODSTUF/SOY SAUCES | N | 20 PLTS | 41,905.09 |
| TMD180607-1 | LAN GLOBAL CORP | 22-JUN-18 | Sevenwinds | MEDICAL SUPPLIES | N | 5 CASES |  |
| 8620 | MASGLOBAL | 10-MAY-18 | Pick-UP/ Lemare Transport | PERSONAL CARE | N | 1 PALLETS | 447.2495 KG |
| 8889 | NATROL | 27-JUL-18 | Lemare Transport | VITAMINS | N | 1630 CASES |  |
| 8949 | NATURE"S PATH | 06-SEPT-18 | Lemare Transport | FLAKES /PUFFS | N | 1584 CASES | 16332.48 LBS |
| TMD180810-1 | NIPRO | 10-AUG-18 | Lemare Transport | MEDICAL | Y | 10 CASES | 197.999LB |
| 8642 | NOAD | 21-MAY 18 | Lemare Transport | PERSONAL CARE | y | 5 PLTS | 6,706.00 LBS |
| 8927 | NOAD | 17-AUG-18 | Lemare Transport | PERSONAL CARE | Y | 7 PLTS | 9117.00 LBS |
| 8977 | NOAD | 07-SEPT-18 | Lemare Transport | PERSONAL CARE | Y | 2PLTS | 2,404.00LBS |
| 9035 | OMRON | 27-SEPT-18 | Lemare Transport | MEDICAL/ BLOOD PRESSURE METERS | N | 2 PLTS | 779 |
| TMD180717-A | OMRON | 07-AUG-18 | Lemare Transport | MEDICAL/ BLOOD PRESSURE METERS | N | 2 PLTS | 1387.95 LBS |
| 8944 | OMRON | 07-AUG-18 | Lemare Transport | MEDICAL/ BLOOD PRESSURE METERS | N | 3 PLTS | 1966.27 LBS |
| 8963 | QUAKER | 27-AUG-18 | Lemare Transport | FOOD STUFF/ OATS | N | 1796 CASES | 8298.224 |
| 8882 | QUAKER | 06-AUG-18 | Lemare Transport | FOOD STUFF/ OATS | N | 945 CASES | 3921.664 |
| 8786 | QUAKER | 30-JUN-18 | Lemare Transport | FOOD STUFF/ OATS | N | 3426 CASES | 14548.42 |
| 8715 | QUAKER | 08-JUN-18 | Lemare Transport | FOOD STUFF/ OATS | N | 5610 CASES | 25838.278 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8983 | QUAKER | 20-SEP-18 | Lemare Transport | FOOD STUFF/ OATS | N | 3708 CASES | 16602.851 |
| TMD180518-1 | SERVOPRAX | 18-MAY-18 | SUR AIR CARGO | MEDICAL SUPPLIES | **Y** | **16 CASES** | |
| TMD180913-1 | SERVOPRAX | 28-SEP-18 | SUR AIR CARGO | MEDICAL SUPPLIES | Y | 50 CASES | 333KG |
| TMD180320-1 | SURGIMED | 22-MRT-18 | Lemare Transport | MEDICAL SUPPLIES | | 120 CASES | |
| TMD180709-1 | SURGIMED | 22-Aug-18 | Lemare Transport | MEDICAL SUPPLIES | N | 98 CASES | |
| TMD180502 | USG | 02-MAY-18 | Lemare Transport | BUILDING MATERIALS | Y | 4050 PCS | 52650.00 LBS |
| 8749 | WONDERFUL NUTS | 15-MAY-18 | Pick-UP/ Lemare Transport | FOODSTUF/ NUTS | N | 41 PLTS | 23,887.88 |
| 8854 | WONDERFUL NUTS | 18-JUN-18 | Pick-UP/ Lemare Transport | FOODSTUF/ NUTS | N | 25 PLTS | 14,394.88 |