**Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

## INVOICE

| | |
|---|---|
| **INVOICE #** | 6649 |
| **DATE:** | 5/10/13 |
| **P.O.#** | 3650 |
| **RELEASE:** | **J 3650** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**Pick up at:**
**LE MARE TRANSPORT INC.**
**C/O: J TRADING LLC**
**8740-8760 NW 102 STREET**
**MEDLEY, FL 33178**

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

---

**PRE-PAY**

---

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 1760 | $ 74.50 | $ 131,120.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.90 OZ | 1728 | $ 74.00 | $ 127,872.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ  FOR F&G | 320 | $ 74.00 | $ 23,680.00 |
| 00870 40112 | ENFAGROW PREMIUM 4/24 CT | 448 | $ 50.50 | $ 22,624.00 |
| | TOTAL CS | 4256 | | |
| | | | **TOTAL DUE** | **$ 305,296.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GOVERNMENT
EXHIBIT
**1K**
18CR20989

GRD-000034287



20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7030 |
| **DATE:** | 10/14/13 |
| **P.O.#** | J1012 |
| **RELEASE:** | **J1012** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **Item #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 390 | $   74.50 | $   29,055.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 41 | $   74.00 | $   3,034.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 9 | $   74.00 | $   666.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 5 | $   43.50 | $   217.50 |
| | TOTAL CS | 445 | | |
| | | | **TOTAL DUE** | $   32,972.50 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034328



## INVOICE

| | |
|---|---|
| **INVOICE #** | 7035 |
| **DATE:** | 10/15/13 |
| **P.O.#** | 1015 |
| **RELEASE:** | **J1015** |

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

| | PRE-PAY | | | |
|---|---|---|---|---|

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3500 | $    74.50 | $   260,750.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2365 | $    74.00 | $   175,010.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 508 | $    74.00 | $    37,592.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $    43.50 | $     6,525.00 |
| | TOTAL CS | 6523 | | |
| | | | **TOTAL DUE** | **$   479,877.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com



**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 7035 |
| **DATE:** | 10/15/13 |
| **P.O.#** | 1015 |
| **RELEASE:** | J1015 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **Item #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3500 | $  74.50 | $  260,750.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2365 | $  74.00 | $  175,010.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 680 | $  74.00 | $  50,320.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $  43.50 | $  6,525.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 175 | $  65.00 | $  11,375.00 |
| | TOTAL CS | 6870 | | |
| | | | **TOTAL DUE** | $  **503,980.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7036 |
| **DATE:** | 10/15/13 |
| **P.O.#** | 1016 |
| **RELEASE:** | J1016 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

| **PRE-PAY** | | | | |
|---|---|---|---|---|

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3050 | $ 74.50 | $ 227,225.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 320 | $ 74.00 | $ 23,680.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ 74.00 | $ 23,680.00 |
| | TOTAL CS | 3690 | | |
| | | | **TOTAL DUE** | **$ 274,585.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034335



**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 7037 |
| **DATE:** | 10/15/13 |
| **P.O.#** | 1017 |
| **RELEASE:** | **J1017** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

| PRE-PAY |
|---|

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 1000 | $   74.50 | $   74,500.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 840 | $   74.00 | $   62,160.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 650 | $   74.00 | $   48,100.00 |
| | TOTAL CS | 2490 | | |
| | | | **TOTAL DUE** | **$   184,760.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 6931 |
| **DATE:** | 9/11/13 |
| **P.O.#** | 9101 |
| **RELEASE:** | **J 9101** |

**Pick up at:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

| | | **PRE-PAY** | | | | |
|---|---|---|---|---|---|---|
| **Item #** | **DESCRIPTION** | | **QTY (Cases)** | **PRICE** | | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | | 3725 | $ | 74.50 | $ | 277,512.50 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.90 OZ | | 825 | $ | 74.00 | $ | 61,050.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ  FOR F&G | | 1775 | $ | 74.00 | $ | 131,350.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | | 100 | $ | 65.00 | $ | 6,500.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | | 150 | $ | 43.50 | $ | 6,525.00 |
| | TOTAL CS | | 6575 | | | |
| | | | | **TOTAL DUE** | $ | **482,937.50** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034447



**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 6932 |
| **DATE:** | 9/11/13 |
| **P.O.#** | 9102 |
| **RELEASE:** | **J 9102** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**Pick up at:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

| PRE-PAY |
|---|

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3725 | $    74.50 | $   277,512.50 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.90 OZ | 825 | $    74.00 | $    61,050.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ  FOR F&G | 1775 | $    74.00 | $   131,350.00 |
| | TOTAL CS | 6325 | | |
| | | | **TOTAL DUE** | **$    469,912.50** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034448

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| INVOICE # | 7533 |
| DATE: | 4/21/14 |
| P.O.# | 4185 |
| RELEASE: | J4185 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 400 | $   74.00 | $   29,600.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 745 | $   74.50 | $   55,502.50 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $   74.00 | $   59,200.00 |
| | TOTAL CS | 1945 | | |
| | | | **TOTAL DUE** | $   144,302.50 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034450

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7533 |
| **DATE:** | 4/21/14 |
| **P.O.#** | 4184 |
| **RELEASE:** | J4184 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 175 | $    65.00 | $    11,375.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 775 | $    74.00 | $    57,350.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3825 | $    74.50 | $    284,962.50 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $    43.00 | $    6,450.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2325 | $    74.00 | $    172,050.00 |
| | TOTAL CS | 7250 | | |
| | | | **TOTAL DUE** | $    532,187.50 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 8146 |
| DATE: | 11/21/14 |
| P.O.# | 1187 |
| RELEASE: | J 187 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1700 | $ 74.50 | $ 126,650.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 700 | $ 74.00 | $ 51,800.00 |
| | TOTAL CS | 2400 | | |
| | | | **TOTAL DUE** | **$ 178,450.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034454

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8147 |
| **DATE:** | 11/21/14 |
| **P.O.#** | 1184 |
| **RELEASE:** | **J 184** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 54601 40151 | ENFAMIL ENFAGROW PREMIUM POWDER 4/21 OZ | 600 | $ 49.00 | $ 29,400.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 2300 | $ 49.00 | $ 112,700.00 |
| | TOTAL CS | 2900 | | |
| | | | **TOTAL DUE** | **$ 142,100.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8144 |
| DATE: | 11/21/14 |
| P.O.# | 1185 |
| RELEASE: | J 185 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4500 | $    74.50 | $    335,250.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2100 | $    74.00 | $    155,400.00 |
| | TOTAL CS | 6600 | | |
| | | | **TOTAL DUE** | **$  490,650.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034456

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8145 |
| DATE: | 11/21/14 |
| P.O.# | 1186 |
| RELEASE: | J 186 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4000 | $   74.50 | $   298,000.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1400 | $   74.00 | $   103,600.00 |
| | TOTAL CS | 5400 | | |
| | | | TOTAL DUE | $   401,600.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034457

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 8042 |
| DATE: | 10/22/14 |
| P.O.# | 1017 |
| RELEASE: | J1017 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1500 | $ 74.50 | $ 111,750.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 0 | $ 74.00 | $ - |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 900 | $ 74.00 | $ 66,600.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 0 | $ 65.00 | $ - |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 0 | $ 43.50 | $ - |
| | TOTAL CS | 2400 | | |
| | | | **TOTAL DUE** | **$ 178,350.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034459

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8041 |
| DATE: | 10/22/14 |
| P.O.# | 1016 |
| RELEASE: | J1016 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 54601 40151 | ENFAMIL ENFAGROW PREMIUM POWDER 4/21 OZ | 250 | $        49.00 | $      12,250.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1200 | $        49.00 | $      58,800.00 |
| | TOTAL CS | 1450 | | |
| | | | **TOTAL DUE** | **$      71,050.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034460

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8040 |
| DATE: | 10/22/14 |
| P.O.# | 1015 |
| RELEASE: | J1015 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2267 | $ 74.50 | $ 168,891.50 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 0 | $ 74.00 | $ - |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1075 | $ 74.00 | $ 79,550.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 0 | $ 65.00 | $ - |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 0 | $ 43.50 | $ - |
| | **TOTAL CS** | 3342 | | |
| | | | **TOTAL DUE** | $ 248,441.50 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034461

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8039 |
| DATE: | 10/22/14 |
| P.O.# | 1014 |
| RELEASE: | J1014 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4480 | $  74.50 | $   333,760.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 0 | $  74.00 | $          - |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1800 | $  74.00 | $   133,200.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 150 | $  65.00 | $     9,750.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $  43.50 | $     6,525.00 |
| | **TOTAL CS** | 6580 | | |
| | | | **TOTAL DUE** | $   483,235.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034462


**Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

## INVOICE

| | |
|---|---|
| **INVOICE #** | 7093 |
| **DATE:** | 10/31/13 |
| **P.O.#** | 1031 |
| **RELEASE:** | J1031 |

**BILL TO:**

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 54601 40151 | ENFAMIL ENFAGROW #2 4/21OZ | 874 | $     49.50 | $     43,263.00 |
| | TOTAL CS | 874 | | |
| | | | **TOTAL DUE** | **$     43,263.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034472

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| INVOICE # | 7491 |
| DATE: | 4/1/14 |
| P.O.# | 1743026 |
| RELEASE: | J4286 |

**BILL TO:**
**VICTORY WHOLESALE GROCERS**
400 Victory Drive
Springboro, OH. 45066

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
**C/O: J TRADING LLC**
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 800.621.6130
Fax   : 561 750 9264

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax   : 305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (cs) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00650 35604 | ALCON OPTI-FREE EXPRESS REPLENISH MPDS 24/4 OZ (03560004) | 95 | $ | 77.67 | $ | 7,378.65 | 30-Nov-15 |
| 00650 42915 | ALCON SYSTANE LUBRICANT EYE DROPS 24/15 ML (14290002) | 100 | $ | 163.50 | $ | 16,350.00 | 30-Sep-15 |
| 00650 42930 | ALCON SYSTANE LUBRICANT EYE DROPS 24/30 ML (14290003) | 67 | $ | 258.00 | $ | 17,286.00 | 30-Nov-15 |
| | TOTAL CS | 262 | | | | | |
| | | | | TOTAL DUE | $ | 41,014.65 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034493

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7490 |
| **DATE:** | 4/1/14 |
| **P.O.#** | 1744286 |
| **RELEASE:** | J4286 |

**BILL TO:**
**VICTORY WHOLESALE GROCERS**
400 Victory Drive
Springboro, OH. 45066

**ATT: MITCH TANEE**
Phone: 800.621.6130
Fax   : 561 750 9264

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
**C/O: J TRADING LLC**
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax   : 305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (CS)** | **PRICE** | | **TOTAL** | |
| 00650 35604 | ALCON OPTI-FREE EXPRESS REPLENISH MPDS 24/4 OZ (03560004) | 189 | $ 77.67 | $ 14,679.63 | | 30-Nov-15 |
| 00650 35610 | ALCON OPTI FREE REPLENISH MPDS 10 OZ (03560005) | 90 | $ 159.73 | $ 14,375.70 | | 30-Nov-15 |
| 00650 42930 | ALCON SYSTANE LUBRICANT EYE DROPS 24/30 ML (14290003) | 55 | $ 258.00 | $ 14,190.00 | | 30-Nov-15 |
| 00650 08515 | NAPHCON A EYE DROPS 24/15 ML (850002) | 100 | $ 151.50 | $ 15,150.00 | | 30-Sep-16 |
| | TOTAL CS | 434 | | | | |
| | | | **TOTAL DUE** | $ | 58,395.33 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034494

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

|  |  |
|---|---|
| **INVOICE #** | 7533 |
| **DATE:** | 4/21/14 |
| **P.O.#** | 4184 |
| **RELEASE:** | J4184 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**REVISED**

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 775 | $      74.00 | $      57,350.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3825 | $      74.50 | $    284,962.50 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $      43.00 | $        6,450.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2325 | $      74.00 | $    172,050.00 |
|  | TOTAL CS | 7075 |  |  |
|  |  |  | **TOTAL DUE** | $    520,812.50 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 6575 |
| **DATE:** | 4/15/13 |
| **P.O.#** | 5020 |
| **RELEASE:** | **J 5020** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**Pick up at:**
**LE MARE TRANSPORT INC.**
**C/O: J TRADING LLC**
**8740-8760 NW 102 STREET**
**MEDLEY, FL 33178**

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

**PRE-PAY**

| Item # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3800 | $ | 74.50 | $ | 283,100.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.90 OZ | 775 | $ | 74.00 | $ | 57,350.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ  FOR F&G | 1725 | $ | 74.00 | $ | 127,650.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $ | 42.50 | $ | 6,375.00 |
| | TOTAL CS | 6450 | | | | |
| | | | **TOTAL DUE** | | **$** | **474,475.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034555

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 8452 |
| DATE: | 3/11/15 |
| P.O.# | 3125 |
| RELEASE: | J3125 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5 OZ | 1600 | $    74.50 | $    119,200.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/13 OZ | 700 | $    74.00 | $    51,800.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 675 | $    74.00 | $    49,950.00 |
| | TOTAL CS | 2975 | | |
| | | | TOTAL DUE | $    220,950.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034561

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7314 |
| **DATE:** | 1/31/14 |
| **P.O.#** | 1314 |
| **RELEASE:** | J1314 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **Item #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3520 | $  74.50 | $  262,240.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 800 | $  74.00 | $  59,200.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1920 | $  74.00 | $  142,080.00 |
| | TOTAL CS | 6240 | | |
| | | | **TOTAL DUE** | $  463,520.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034567


**Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7315 |
| **DATE:** | 1/31/14 |
| **P.O.#** | 1315 |
| **RELEASE:** | **J1315** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O : J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 1000 | $ 74.50 | $ 74,500.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $ 74.00 | $ 35,520.00 |
| | TOTAL CS | 1480 | | |
| | | | **TOTAL DUE** | **$ 110,020.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034568

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7317 |
| **DATE:** | 1/31/14 |
| **P.O.#** | 1742623 |
| **RELEASE:** | J2623 |

**BILL TO:**
**VICTORY WHOLESALE GROCERS**
400 Victory Drive
Springboro, OH. 45066

**ATT: MITCH TANEE**
Phone: 800.621.6130
Fax:    561.750.9264

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
**C/O: J TRADING LLC**
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| Item # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1200 | $ | 75.00 | $ | 90,000.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 800 | $ | 75.00 | $ | 60,000.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3080 | $ | 75.50 | $ | 232,540.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $ | 43.50 | $ | 6,525.00 |
| | TOTAL CS | 5230 | | | | |
| | | | **TOTAL DUE** | | **$** | **389,065.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

 **Trading**

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| INVOICE # | 7534 |
|---|---|
| DATE: | 4/21/14 |
| P.O.# | 4185 |
| RELEASE: | J4185 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 400 | $ | 74.00 | $ 29,600.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 745 | $ | 74.50 | $ 55,502.50 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $ | 74.00 | $ 59,200.00 |
| | TOTAL CS | 1945 | | | |
| | | | | **TOTAL DUE** | $ 144,302.50 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034572



**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 7421 |
| **DATE:** | 3/13/14 |
| **P.O.#** | J314 |
| **RELEASE:** | **J314** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3350 | $  74.50 | $   249,575.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $  74.00 | $   111,000.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 575 | $  74.00 | $    42,550.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 350 | $  65.00 | $    22,750.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $  43.00 | $     6,450.00 |
| | TOTAL CS | 5925 | | |
| | | | **TOTAL DUE** | **$   432,325.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com


**Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

INVOICE

| | |
|---|---|
| **INVOICE #** | 7423 |
| **DATE:** | 3/13/14 |
| **P.O.#** | J315 |
| **RELEASE:** | **J315** |

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| Item # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ | 74.00 | $ | 111,000.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 575 | $ | 74.00 | $ | 42,550.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3350 | $ | 74.50 | $ | 249,575.00 |
| | TOTAL CS | 5425 | | | | |
| | | | | **TOTAL DUE** | $ | **403,125.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7422 |
| **DATE:** | 3/13/14 |
| **P.O.#** | J316 |
| **RELEASE:** | **J316** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **Item #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 1000 | $ 74.50 | $ 74,500.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 600 | $ 74.00 | $ 44,400.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ 74.00 | $ 37,000.00 |
| | TOTAL CS | 2100 | | |
| | | | **TOTAL DUE** | $ 155,900.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 8620 |
| DATE: | 6/5/15 |
| P.O.# | 6315 |
| RELEASE: | J6315 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**                    revised
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 504 | $ 42.00 | $ 21,168.00 | 4/1/16 |
| 00871 154601 40151 | ENFAMIL ENFAGROW 4/24 oz (140112) | 0 | $ 47.00 | $  - | 9/15/15 |
| | TOTAL CS | 504 | | | |
| | | | TOTAL DUE | $ 21,168.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com



**INVOICE**

| | |
|---|---|
| **INVOICE #** | 7617 |
| **DATE:** | 5/21/14 |
| **P.O.#** | 5214 |
| **RELEASE:** | J5214 |

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**REVISED**

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 54601 40151 | ENFAMIL ENFAGROW PREMIUM POWDER 4/21 OZ | 512 | $ 42.00 | $ 21,504.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1010 | $ 50.00 | $ 50,500.00 |
| | TOTAL CS | 1522 | | |
| | | | **TOTAL** | **$ 72,004.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034629

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8726 |
| DATE: | 6/15/15 |
| P.O.# | 6152 |
| RELEASE: | J6152 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1474 | $ | 74.50 | $ | 109,813.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $ | 74.00 | $ | 63,936.00 |
| | TOTAL CS | 2338 | | | | |
| | | | | TOTAL DUE | $ | 173,749.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034635

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8147 |
| **DATE:** | 11/21/14 |
| **P.O.#** | 1184 |
| **RELEASE:** | **J 184** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 54601 40151 | ENFAMIL ENFAGROW PREMIUM POWDER 4/21 OZ | 500 | $ 49.00 | $ 24,500.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 2250 | $ 49.00 | $ 110,250.00 |
| | TOTAL CS | 2750 | | |
| | | | **TOTAL DUE** | **$ 134,750.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034637

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 8155 |
| DATE: | 11/24/14 |
| P.O.# | 1188 |
| RELEASE: | J 118 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / EDDY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ  - EXP 04/1/2016 | 3050 | $    74.00 | $    225,700.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ - EXP 2/1/2016 | 300 | $    43.50 | $     13,050.00 |
| | TOTAL CS | 3350 | | |
| | | | **TOTAL DUE** | **$   238,750.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8146 |
| **DATE:** | 11/21/14 |
| **P.O.#** | 1187 |
| **RELEASE:** | **J 187** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1700 | $    74.50 | $    126,650.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 700 | $    74.00 | $    51,800.00 |
| | TOTAL CS | 2400 | | |
| | | | **TOTAL DUE** | **$   178,450.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034639

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8145 |
| DATE: | 11/21/14 |
| P.O.# | 1186 |
| RELEASE: | J 186 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4000 | $   74.50 | $   298,000.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1400 | $   74.00 | $   103,600.00 |
| | TOTAL CS | 5400 | | |
| | | | **TOTAL DUE** | **$   401,600.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034640

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8144 |
| DATE: | 11/21/14 |
| P.O.# | 1185 |
| RELEASE: | J 185 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANEE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4400 | $ | 74.50 | $ | 327,800.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ | 74.00 | $ | 148,000.00 |
| | TOTAL CS | 6400 | | | | |
| | | | | TOTAL DUE | $ | 475,800.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034641

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 8873 |
| DATE: | 8/25/15 |
| P.O.# | 2517 |
| RELEASE: | J 2517 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | | 1440 | $ | 74.50 | $ | 107,280.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | | 794 | $ | 74.00 | $ | 58,756.00 |
| | TOTAL CS | | 2234 | | | | |
| | | | | | **TOTAL DUE** | $ | **166,036.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034731

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8872 |
| **DATE:** | 8/25/15 |
| **P.O.#** | 2516 |
| **RELEASE:** | **J2516** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 720 | $        33.50 | $        24,120.00 | Apr-16 |
| | TOTAL CS | 720 | | |
| | | | **TOTAL DUE** | $        **24,120.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034732

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8871 |
| **DATE:** | 8/25/15 |
| **P.O.#** | 2515 |
| **RELEASE:** | J2515 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 288 | $    35.00 | $    10,080.00 | Apr-16 |
| | TOTAL CS | 288 | | | |
| | | | **TOTAL DUE** | **$    10,080.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11188 |
| **DATE:** | 1/23/18 |
| **P.O.#** | 2253 |
| **RELEASE:** | **J2253** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3001 | $ 75.00 | $ 225,075.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 19 | $ 60.00 | $ 1,140.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 143 | $ 60.00 | $ 8,580.00 |
| | TOTAL CS | 3163 | | |
| | | | **TOTAL DUE** | **$ 234,795.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034749

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710

AVENTURA, FL. 33180

Phone 305-682-8590

Fax    786-513-0216

INVOICE

| | |
|---|---|
| **INVOICE #** | **11558** |
| **DATE:** | TRISOURCE, LLC |
| **P.O.#** | R5050 |
| **RELEASE** | **R5050** |

**BILL TO:**

**TANNCO INC.**

6295 SHADOWTREE LANE

LAKE WORTH, FL 33463

**PICK UP AT:**

**UNIVERSAL CARGO**

C/O: TONICS DISTRIBUTIONS

3521 NW 82nd Aveenue

Doral, Fl. 33122

**ATT: MITCH TANNE**

Phone: 561 434 9567

Fax:

**ATT: ALEJANDRO**

PH : (305) 298-9866

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 50 | $ | 76.00 | $ 3,800.00 |
| | TOTAL CS | 50 | | | |
| | | | **TOTAL DUE** | $ | **3,800.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034751

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8968 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1216 |
| **RELEASE:** | J 1216 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3837 | $    74.50 | $   285,856.50 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $    74.00 | $   148,000.00 | Feb-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $    70.00 | $    22,400.00 | Feb-17 |
| | TOTAL CS | 6157 | | | |
| | | | **TOTAL DUE** | $    456,256.50 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8967 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1085 |
| **RELEASE:** | **J1085** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $ 74.50 | $ 357,600.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $ 74.00 | $ 213,120.00 | Feb-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 48 | $ 65.00 | $ 3,120.00 | Nov-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ 74.00 | $ 37,000.00 | Feb-17 |
| | TOTAL CS | 8228 | | | |
| | | | **TOTAL DUE** | **$   610,840.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034755

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8982 |
| **DATE:** | 10/16/15 |
| **P.O.#** | 1215 |
| **RELEASE:** | J 1215 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4000 | $    75.00 | $    300,000.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $    74.50 | $    111,750.00 | Feb-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $    70.00 | $    35,000.00 | Feb-17 |
| | TOTAL CS | 6000 | | | |
| | | | **TOTAL DUE** | $    446,750.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034757

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8995N |
| **DATE:** | 10/19/15 |
| **P.O.#** | 1019 |
| **RELEASE:** | J 1019 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / EDDY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 5028 | $ 74.50 | $ 374,586.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ 74.00 | $ 111,000.00 | Feb-17 |
| | TOTAL CS | 6528 | | | |
| | | | **TOTAL DUE** | **$ 485,586.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034759

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax     786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 9157 |
| DATE: | 1/20/16 |
| P.O.# | 1060 |
| RELEASE: | J 1060 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:     305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2000 | $ 74.50 | $ 149,000.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 74.00 | $ 148,000.00 |
| | TOTAL CS | 4000 | | |
| | | | TOTAL DUE | $ 297,000.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034761

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11553 |
| **DATE:** | 5/7/18 |
| **P.O.#** | 507 |
| **RELEASE:** | **J507** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $ | 78.00 | $ | 78,000.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ | 76.50 | $ | 76,500.00 | Dec-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 850 | $ | 38.00 | $ | 32,300.00 | Aug-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | **1250** | $ | 38.00 | $ | 47,500.00 | May-19 |
| | TOTAL CS | 4100 | | | | | |
| | | | | **TOTAL DUE** | $ | **234,300.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034773

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11168 |
| **DATE:** | 1/17/18 |
| **P.O.#** | 2249 |
| **RELEASE:** | **J2249** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $ 75.50 | $ 90,600.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $ 75.00 | $ 64,800.00 | Sep-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 80 | $ 60.00 | $ 4,800.00 | Apr-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 466 | $ 38.00 | $ 17,708.00 | May-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 818 | $ 34.00 | $ 27,812.00 | Mar-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 87 | $ 38.00 | $ 3,306.00 | Mar-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 87 | $ 34.00 | $ 2,958.00 | Oct-18 |
| | TOTAL CS | 3602 | | | |
| | | | **TOTAL DUE** | $ 211,984.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034779

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11188 |
| **DATE:** | 1/23/18 |
| **P.O.#** | 2253 |
| **RELEASE:** | **J2253** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3001 | $  75.00 | $  225,075.00 May-19 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 19 | $  60.00 | $  1,140.00 Mar-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 143 | $  60.00 | $  8,580.00 Dec-18 |
| | TOTAL CS | 3163 | | |
| | | | **TOTAL DUE** | **$  234,795.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034783

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8967 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1215 |
| **RELEASE:** | J 1215 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $ 74.50 | $ 357,600.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $ 74.00 | $ 213,120.00 | Feb-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 48 | $ 65.00 | $ 3,120.00 | Nov-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ 74.00 | $ 37,000.00 | Feb-17 |
| | TOTAL CS | 8228 | | |
| | | | **TOTAL DUE** | **$ 610,840.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8969 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1215 |
| **RELEASE:** | J 1215 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $ 74.50 | $ 357,600.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $ 74.00 | $ 213,120.00 | Feb-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 48 | $ 65.00 | $ 3,120.00 | Nov-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ 74.00 | $ 37,000.00 | Feb-17 |
| | TOTAL CS | 8228 | | | |
| | | | **TOTAL DUE** | $ 610,840.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034804

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8968 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1216 |
| **RELEASE:** | J 1216 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3837 | $  74.50 | $  285,856.50 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $  74.00 | $  148,000.00 | Feb-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $  70.00 | $  22,400.00 | Feb-17 |
| | TOTAL CS | 6157 | | | |
| | | | **TOTAL DUE** | **$  456,256.50** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034805

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8967 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1085 |
| **RELEASE:** | **J1085** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 300 | $ | 74.50 | $ | 22,350.00 | Feb-17 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 306 | $ | 47.00 | $ | 14,382.00 | Aug-16 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1181 | $ | 48.00 | $ | 56,688.00 | Oct-16 |
| | TOTAL CS | 1787 | | | | |
| | | | | **TOTAL DUE** | $ | 93,420.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034806

 **Trading**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 6519 |
| **DATE:** | 3/18/13 |
| **P.O.#** | 3170 |
| **RELEASE:** | **J 3170** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**Att: MITCH TANEE**
Phone: 561 434 9567
Fax:

**Pick up at:**
**LE MARE TRANSPORT INC.**
**C/O: J TRADING LLC**
**8740-8760 NW 102 STREET**
**MEDLEY, FL 33178**

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

**PRE-PAY**

| Item # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.50 OZ | 3680 | $   73.50 | $   270,480.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.90 OZ | 320 | $   73.00 | $   23,360.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ  FOR F&G | 238 | $   73.00 | $   17,374.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 50 | $   42.50 | $   2,125.00 |
| | TOTAL CS | 4288 | | |
| | | | **TOTAL DUE** | **$   313,339.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034813

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | | |
|---|---|---|
| **INVOICE #** | | 9558 |
| **DATE:** | | 7/7/16 |
| **P.O.#** | | 6301 |
| **RELEASE:** | | **J6301** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised II

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 488 | $   48.00 | $   23,424.00 | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 620 | $   48.00 | $   29,760.00 | |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 480 | $   60.00 | $   28,800.00 | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $   74.00 | $   59,200.00 | |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 0 | $   62.00 | $         - | |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 0 | $   42.50 | $         - | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 800 | $   74.50 | $   59,600.00 | |
| | TOTAL CS | 2388 | | | |

| | | |
|---|---|---|
| **TOTAL** | $ | 200,784.00 |
| **PAID 07/07/16** | $ | (158,409.00) |
| **Underpayment** | $ | 42,375.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034828

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11188 |
| **DATE:** | 1/23/18 |
| **P.O.#** | 2253 |
| **RELEASE:** | **J2253** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3001 | $ 75.00 | $ 225,075.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 19 | $ 60.00 | $ 1,140.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 143 | $ 60.00 | $ 8,580.00 |
| | TOTAL CS | 3163 | | |
| | | | **TOTAL DUE** | $ 234,795.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034878

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710

AVENTURA, FL. 33180

Phone 305-682-8590

Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | **11558** |
| **DATE:** | TRISOURCE, LLC |
| **P.O.#** | R5050 |
| **RELEASE** | **R5050** |

**BILL TO:**

**TANNCO INC.**

6295 SHADOWTREE LANE

LAKE WORTH, FL 33463

**ATT: MITCH TANNE**

Phone: 561 434 9567

Fax:

**PICK UP AT:**

**UNIVERSAL CARGO**

C/O: TONICS DISTRIBUTIONS

3521 NW 82nd Aveenue

Doral, Fl. 33122

**ATT: ALEJANDRO**

PH : (305) 298-9866

| **PRE-PAY** | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 50 | $ | 76.00 | $    3,800.00 |
| | TOTAL CS | 50 | | | |
| | | | **TOTAL DUE** | | **$   3,800.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,

contact Johnny Grobman at 1-305-682-8590 or by

e-mail: johnnyg@jtradingllc.com

GRD-000034880

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 11553 |
| **DATE:** | 5/7/18 |
| **P.O.#** | 507 |
| **RELEASE:** | **J507** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $  78.00 | $  78,000.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $  76.50 | $  76,500.00 | Dec-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 850 | $  38.00 | $  32,300.00 | Aug-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | **1250** | $  38.00 | $  47,500.00 | May-19 |
| | TOTAL CS | 4100 | | | |
| | | | **TOTAL DUE** | $   234,300.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034896

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11168 |
| **DATE:** | 1/17/18 |
| **P.O.#** | 2249 |
| **RELEASE:** | **J2249** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $ 75.50 | $ 90,600.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $ 75.00 | $ 64,800.00 | Sep-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 80 | $ 60.00 | $ 4,800.00 | Apr-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 466 | $ 38.00 | $ 17,708.00 | May-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 818 | $ 34.00 | $ 27,812.00 | Mar-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 87 | $ 38.00 | $ 3,306.00 | Mar-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 87 | $ 34.00 | $ 2,958.00 | Oct-18 |
| | TOTAL CS | 3602 | | | |
| | | | **TOTAL DUE** | **$   211,984.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034900

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11188 |
| **DATE:** | 1/23/18 |
| **P.O.#** | 2253 |
| **RELEASE:** | **J2253** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3001 | $   75.00 | $   225,075.00 | May-19 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 19 | $   60.00 | $   1,140.00 | Mar-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 143 | $   60.00 | $   8,580.00 | Dec-18 |
| | TOTAL CS | 3163 | | | |
| | | | **TOTAL DUE** | $   234,795.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034905

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| **INVOICE #** | 8873 |
| **DATE:** | 8/25/15 |
| **P.O.#** | 2517 |
| **RELEASE:** | **J 2517** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1440 | $  74.50 | $  107,280.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 794 | $  74.00 | $  58,756.00 |
| | TOTAL CS | 2234 | | |
| | | | **TOTAL DUE** | **$  166,036.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034951

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8871 |
| **DATE:** | 8/25/15 |
| **P.O.#** | 2515 |
| **RELEASE:** | J2515 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 288 | $        35.00 | $     10,080.00 | Apr-16 |
| | TOTAL CS | 288 | | | |
| | | | **TOTAL DUE** | **$     10,080.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034953

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 11188 |
| **DATE:** | 1/23/18 |
| **P.O.#** | 2253 |
| **RELEASE:** | **J2253** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3001 | $ 75.00 | $ 225,075.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 19 | $ 60.00 | $ 1,140.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 143 | $ 60.00 | $ 8,580.00 |
| | TOTAL CS | 3163 | | |
| | | | **TOTAL DUE** | $ 234,795.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710

AVENTURA, FL. 33180

Phone 305-682-8590

Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | **11558** |
| **DATE:** | TRISOURCE, LLC |
| **P.O.#** | R5050 |
| **RELEASE** | **R5050** |

**BILL TO:**

**TANNCO INC.**

6295 SHADOWTREE LANE

LAKE WORTH, FL 33463

**ATT: MITCH TANNE**

Phone: 561 434 9567

Fax:

**PICK UP AT:**

**UNIVERSAL CARGO**

C/O: TONICS DISTRIBUTIONS

3521 NW 82nd Aveenue

Doral, Fl. 33122

**ATT: ALEJANDRO**

PH : (305) 298-9866

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 50 | $ | 76.00 | $ 3,800.00 |
| | TOTAL CS | 50 | | | |
| | | | **TOTAL DUE** | | **$ 3,800.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034971

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8968 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1216 |
| **RELEASE:** | J 1216 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3837 | $ 74.50 | $ 285,856.50 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 74.00 | $ 148,000.00 | Feb-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ 70.00 | $ 22,400.00 | Feb-17 |
| | TOTAL CS | 6157 | | | |
| | | | **TOTAL DUE** | **$ 456,256.50** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034973

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8967 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1085 |
| **RELEASE:** | **J1085** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $ | 74.50 | $ | 357,600.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $ | 74.00 | $ | 213,120.00 | Feb-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 48 | $ | 65.00 | $ | 3,120.00 | Nov-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ | 74.00 | $ | 37,000.00 | Feb-17 |
| | TOTAL CS | 8228 | | | | | |
| | | | | **TOTAL DUE** | $ | 610,840.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034975

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8982 |
| **DATE:** | 10/16/15 |
| **P.O.#** | 1215 |
| **RELEASE:** | J 1215 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4000 | $ | 75.00 | $ | 300,000.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ | 74.50 | $ | 111,750.00 | Feb-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ | 70.00 | $ | 35,000.00 | Feb-17 |
| | TOTAL CS | 6000 | | | | | |
| | | | | **TOTAL DUE** | $ | **446,750.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034977

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8995N |
| **DATE:** | 10/19/15 |
| **P.O.#** | 1019 |
| **RELEASE:** | J 1019 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / EDDY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 5028 | $     74.50 | $     374,586.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $     74.00 | $     111,000.00 | Feb-17 |
| | TOTAL CS | 6528 | | | |
| | | | **TOTAL DUE** | $     485,586.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9157 |
| DATE: | 1/20/16 |
| P.O.# | 1060 |
| RELEASE: | J 1060 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2000 | $ 74.50 | $ 149,000.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 74.00 | $ 148,000.00 |
| | TOTAL CS | 4000 | | |
| | | | **TOTAL DUE** | **$ 297,000.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034981

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11553 |
| **DATE:** | 5/7/18 |
| **P.O.#** | 507 |
| **RELEASE:** | **J507** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $ 78.00 | $ 78,000.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ 76.50 | $ 76,500.00 | Dec-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 850 | $ 38.00 | $ 32,300.00 | Aug-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | **1250** | $ 38.00 | $ 47,500.00 | May-19 |
| | TOTAL CS | 4100 | | | |
| | | | **TOTAL DUE** | **$  234,300.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034993

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11168 |
| **DATE:** | 1/17/18 |
| **P.O.#** | 2249 |
| **RELEASE:** | **J2249** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $ 75.50 | $ 90,600.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $ 75.00 | $ 64,800.00 | Sep-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 80 | $ 60.00 | $ 4,800.00 | Apr-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 466 | $ 38.00 | $ 17,708.00 | May-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 818 | $ 34.00 | $ 27,812.00 | Mar-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 87 | $ 38.00 | $ 3,306.00 | Mar-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 87 | $ 34.00 | $ 2,958.00 | Oct-18 |
| | TOTAL CS | 3602 | | | |
| | | | **TOTAL DUE** | $ 211,984.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000034999

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11188 |
| **DATE:** | 1/23/18 |
| **P.O.#** | 2253 |
| **RELEASE:** | **J2253** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| | | | | |
|---|---|---|---|---|
| **PRE-PAY** | | | | |

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3001 | $ 75.00 | $ 225,075.00 | May-19 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 19 | $ 60.00 | $ 1,140.00 | Mar-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 143 | $ 60.00 | $ 8,580.00 | Dec-18 |
| | TOTAL CS | 3163 | | | |
| | | | **TOTAL DUE** | **$ 234,795.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035003

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| INVOICE # | 8967 |
| DATE: | 10/12/15 |
| P.O.# | 1215 |
| RELEASE: | J 1215 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $ 74.50 | $ 357,600.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $ 74.00 | $ 213,120.00 | Feb-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 48 | $ 65.00 | $ 3,120.00 | Nov-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ 74.00 | $ 37,000.00 | Feb-17 |
| | TOTAL CS | 8228 | | | |
| | | | **TOTAL DUE** | $   610,840.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035006

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8969 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1215 |
| **RELEASE:** | J 1215 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $ 74.50 | $ 357,600.00 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $ 74.00 | $ 213,120.00 | Feb-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 48 | $ 65.00 | $ 3,120.00 | Nov-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ 74.00 | $ 37,000.00 | Feb-17 |
| | TOTAL CS | 8228 | | | |
| | | | **TOTAL DUE** | **$ 610,840.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035024

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8968 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1216 |
| **RELEASE:** | J 1216 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3837 | $     74.50 | $     285,856.50 | Nov-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $     74.00 | $     148,000.00 | Feb-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $     70.00 | $     22,400.00 | Feb-17 |
| | TOTAL CS | 6157 | | | |
| | | | **TOTAL DUE** | $     456,256.50 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035025

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8967 |
| **DATE:** | 10/12/15 |
| **P.O.#** | 1085 |
| **RELEASE:** | **J1085** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 300 | $ | 74.50 | $ | 22,350.00 | Feb-17 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 306 | $ | 47.00 | $ | 14,382.00 | Aug-16 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1181 | $ | 48.00 | $ | 56,688.00 | Oct-16 |
| | TOTAL CS | 1787 | | | | | |
| | | | | **TOTAL DUE** | $ | **93,420.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035026

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| INVOICE # | 12032 |
|---|---|
| DATE: | 9/7/18 |
| P.O.# | 9818 |
| RELEASE: | **J9818** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4000 | $ 78.00 | $ 312,000.00 | Jan-20 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ 76.50 | $ 76,500.00 | Apr-20 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 200 | $ 70.00 | $ 14,000.00 | Sep-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 480 | $ 76.00 | $ 36,480.00 | Dec-19 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 150 | $ 61.50 | $ 9,225.00 | Dec-19 |
| | TOTAL CS | 5830 | | | |
| | | | **TOTAL DUE** | **$ 448,205.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035032

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 12031 |
| DATE: | 9/7/18 |
| P.O.# | 9618 |
| RELEASE: | J9618 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $ 78.00 | $ | 78,000.00 | Jan-20 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 800 | $ 38.50 | $ | 30,800.00 | Jan-20 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1200 | $ 76.50 | $ | 91,800.00 | Apr-20 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 100 | $ 70.00 | $ | 7,000.00 | Sep-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 288 | $ 76.00 | $ | 21,888.00 | Dec-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 339 | $ 34.50 | $ | 11,695.50 | Sep-19 |
| | TOTAL CS | 3727 | | | | |
| | | | | **TOTAL DUE** $ | **241,183.50** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035033

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10023 |
| DATE: | 1/13/17 |
| P.O.# | 1129 |
| RELEASE: | J1129 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3020 | $    74.50 | $    224,990.00 | Jul-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3056 | $    74.00 | $    226,144.00 | Oct-18 |
| | TOTAL CS | 6076 | | | |
| | | | **TOTAL DUE** | $    **451,134.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035035

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10024 |
| DATE: | 1/13/17 |
| P.O.# | 1130 |
| RELEASE: | J1130 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1234 | $    48.00 | $    59,232.00 | 03/18 06/18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1656 | $    48.00 | $    79,488.00 | 10/17 10/18 |
| | TOTAL CS | 2890 | | | |
| | | | **TOTAL DUE** | **$    138,720.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035037

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax     786-513-0216

INVOICE

| | |
|---|---|
| **INVOICE #** | 10023 |
| **DATE:** | 1/13/17 |
| **P.O.#** | 1129 |
| **RELEASE:** | **J1129** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3000 | $ 74.50 | $ 223,500.00 | Jul-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3000 | $ 74.00 | $ 222,000.00 | Oct-18 |
| | TOTAL CS | 6000 | | | |
| | | | **TOTAL DUE** | $ | **445,500.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035038

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10022 |
| DATE: | 1/13/17 |
| P.O.# | 1128 |
| RELEASE: | J1128 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3000 | $       74.50 | $      223,500.00  Jul-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1486 | $       60.00 | $       89,160.00  Jul-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2500 | $       74.00 | $      185,000.00  Oct-18 |
| | TOTAL CS | 6986 | | |
| | | | **TOTAL DUE** | **$      497,660.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035039

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10021 |
| DATE: | 1/13/17 |
| P.O.# | 1127 |
| RELEASE: | J1127 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3000 | $ 74.50 | $ 223,500.00 | Jul-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 640 | $ 60.00 | $ 38,400.00 | 04/18 07/18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ 74.00 | $ 111,000.00 | Oct-18 |
| | TOTAL CS | 5140 | | | |
| | | | **TOTAL DUE** | $ 372,900.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035040

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10024 |
| DATE: | 2/13/17 |
| P.O.# | 1117 |
| RELEASE: | J1117 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1234 | $ 36.00 | $ 44,424.00 | Mar-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1656 | $ 36.00 | $ 59,616.00 | Oct-17 |
| | TOTAL CS | 2890 | | | |
| | | | TOTAL DUE | $ 104,040.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035042

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 10118 |
| DATE: | 2/15/17 |
| P.O.# | 1135 |
| RELEASE: | J1135 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1540 | $ 75.50 | $ 116,270.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1240 | $ 75.00 | $ 93,000.00 | Nov-18 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1234 | $ 36.00 | $ 44,424.00 | Mar-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 480 | $ 36.00 | $ 17,280.00 | Oct-17 |
| | TOTAL CS | 4494 | | | |
| | | | TOTAL DUE | $ 270,974.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035044

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10124 |
| DATE: | 2/18/17 |
| P.O.# | 1140 |
| RELEASE: | J1140 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 480 | $    75.50 | $    36,240.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $    75.00 | $    36,000.00 | Nov-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 432 | $    36.00 | $    15,552.00 | Apr-18 |
| | TOTAL CS | 1392 | | | |
| | | | TOTAL DUE | $    87,792.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035045

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10121 |
| DATE: | 2/15/17 |
| P.O.# | 1138 |
| RELEASE: | J1138 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

---

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2000 | $    75.50 | $    151,000.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1728 | $    75.00 | $    129,600.00 | Nov-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 456 | $    36.00 | $    16,416.00 | Oct-17 |
| | TOTAL CS | 4184 | | | |
| | | | TOTAL DUE | $    297,016.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035047

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 10173 |
| **DATE:** | 3/6/17 |
| **P.O.#** | 3318 |
| **RELEASE:** | J3318 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 100 | $   75.00 | $    7,500.00 | Nov-18 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 726 | $   34.00 | $  24,684.00 | 06/2018 07/201I |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 912 | $   34.00 | $  31,008.00 | Apr-18 |
| | TOTAL CS | 1738 | | | |
| | | | **TOTAL DUE** | $   63,192.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035049

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10176 |
| DATE: | 3/6/17 |
| P.O.# | 3418 |
| RELEASE: | J3418 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 312 | $      30.00 | $      9,360.00  Oct-17 |
| | TOTAL CS | 312 | | |
| | | | **TOTAL DUE** | **$      9,360.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035051

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10283 |
| DATE: | 4/3/17 |
| P.O.# | 4120 |
| RELEASE: | J4120 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $    75.50 | $    90,600.00 | Oct-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $    75.00 | $    112,500.00 | Jan-19 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 516 | $    40.00 | $    20,640.00 | Sep-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 668 | $    40.00 | $    26,720.00 | Jun-18 |
| | TOTAL CS | 3884 | | |
| | | | TOTAL DUE | $    250,460.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035053

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10286 |
| DATE: | 4/3/17 |
| P.O.# | 4123 |
| RELEASE: | J4123 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2210 | $   75.50 | $   166,855.00  Oct-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1811 | $   75.00 | $   135,825.00  Jan-19 |
| | TOTAL CS | 4021 | | |
| | | | **TOTAL DUE** | **$   302,680.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10285 |
| DATE: | 4/3/17 |
| P.O.# | 4122 |
| RELEASE: | J4122 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2500 | $   75.50 | $   188,750.00 | Oct-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 140 | $   60.00 | $   8,400.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1700 | $   75.00 | $   127,500.00 | Jan-19 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $   43.50 | $   6,525.00 | Jul-18 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 650 | $   78.00 | $   50,700.00 | Oct-18 |
| | TOTAL CS | 5140 | | | |
| | | | **TOTAL DUE** | $   381,875.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 10284 |
| **DATE:** | 4/3/17 |
| **P.O.#** | 4121 |
| **RELEASE:** | **J4121** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2800 | $      75.50 | $      211,400.00 | Oct-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2200 | $      75.00 | $      165,000.00 | Jan-19 |
| | TOTAL CS | 5000 | | | |
| | | | **TOTAL DUE** | **$      376,400.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035057

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10283 |
| DATE: | 4/3/17 |
| P.O.# | 4120 |
| RELEASE: | **J4120** |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

|  |  | PRE-PAY |  |  |  |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $    75.50 | $    90,600.00 | Oct-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $    75.00 | $   112,500.00 | Jan-19 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 516 | $    36.00 | $    18,576.00 | Sep-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 668 | $    36.00 | $    24,048.00 | Jun-18 |
| | TOTAL CS | 3884 | | | |
| | | | **TOTAL DUE** | **$    245,724.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035058

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 10293 |
| **DATE:** | 4/18/17 |
| **P.O.#** | 4120 |
| **RELEASE:** | J4120-A |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 400 | $  75.50 | $  30,200.00 | Oct-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 860 | $  75.00 | $  64,500.00 | Jan-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 524 | $  40.00 | $  20,960.00 | Jun-18 |
| | TOTAL CS | 1784 | | | |
| | | | **TOTAL DUE** | **$  115,660.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035060

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 10283 |
| DATE: | 4/3/17 |
| P.O.# | 4120 |
| RELEASE: | **J4120** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**REVISED**

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 800 | $ 75.50 | $ 60,400.00 | Oct-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 640 | $ 75.00 | $ 48,000.00 | Jan-19 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 516 | $ 40.00 | $ 20,640.00 | Sep-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 144 | $ 40.00 | $ 5,760.00 | Jun-18 |
| | TOTAL CS | 2100 | | | |
| | | | TOTAL DUE | $ 134,800.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035061

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10497 |
| DATE: | 6/14/17 |
| P.O.# | 31273 |
| RELEASE: | J31273 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2560 | $ 75.50 | $ 193,280.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 640 | $ 60.00 | $ 38,400.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1152 | $ 75.00 | $ 86,400.00 |
| | TOTAL CS | 4352 | | |
| | | | **TOTAL DUE** | $ 318,080.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035063

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10498 |
| DATE: | 6/14/17 |
| P.O.# | 31274 |
| RELEASE: | J31274 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2500 | $    75.50 | $    188,750.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2396 | $    75.00 | $    179,700.00 |
| | TOTAL CS | 4896 | | |
| | | | TOTAL DUE | $    368,450.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035064

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 10524 |
| DATE: | 6/19/17 |
| P.O.# | 32176 |
| RELEASE: | J32176 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1680 | $ | 75.50 | $ | 126,840.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ | 75.00 | $ | 112,500.00 |
| | TOTAL CS | 3180 | | | | |
| | | | | TOTAL DUE | $ | 239,340.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035066

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10523 |
| DATE: | 6/19/17 |
| P.O.# | 31275 |
| RELEASE: | J31275 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1500 | $ 75.50 | $ 113,250.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ 75.00 | $ 112,500.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 912 | $ 40.00 | $ 36,480.00 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 744 | $ 40.00 | $ 29,760.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 50 | $ 60.00 | $ 3,000.00 |
| | TOTAL CS | 4706 | | |
| | | | TOTAL DUE | $ 294,990.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| **INVOICE #** | 10877 |
| **DATE:** | 10/16/17 |
| **P.O.#** | 32759 |
| **RELEASE:** | **J32759** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $    75.50 | $    120,800.00 | Mar-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1440 | $    75.00 | $    108,000.00 | Jun-19 |
| | TOTAL CS | 3040 | | | |
| | | | **TOTAL DUE** | **$    228,800.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035069

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10876 |
| DATE: | 10/16/17 |
| P.O.# | 31875 |
| RELEASE: | J31875 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2560 | $ | 75.50 | $ | 193,280.00 | Mar-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $ | 75.00 | $ | 64,800.00 | Jun-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 630 | $ | 60.00 | $ | 37,800.00 | Feb-19 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 170 | $ | 42.50 | $ | 7,225.00 | Dec-18 |
| | TOTAL CS | 4224 | | | | |
| | | | **TOTAL DUE** | $ | 303,105.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | | |
|---|---|---|
| **INVOICE #** | | 10924 |
| **DATE:** | | 10/30/17 |
| **P.O.#** | | 2717 |
| **RELEASE:** | | **J2717** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 288 | $        34.00 | $        9,792.00  Sep-18 |
| | TOTAL CS | 288 | | |
| | | | **TOTAL DUE** | $        9,792.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035072

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11009 |
| DATE: | 11/21/17 |
| P.O.# | 1155 |
| RELEASE: | J1155 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $ 75.50 | $ 90,600.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1200 | $ 75.00 | $ 90,000.00 | Jul-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ 60.00 | $ 19,200.00 | Feb-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 732 | $ 38.00 | $ 27,816.00 | May-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 780 | $ 34.00 | $ 26,520.00 | Jan-19 |
| | TOTAL CS | 4232 | | | |
| | | | TOTAL DUE | $ 254,136.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035074

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 11008 |
| DATE: | 11/21/17 |
| P.O.# | 1154 |
| RELEASE: | J1154 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2400 | $ 75.50 | $ 181,200.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 75.00 | $ 150,000.00 | Jul-19 |
| | TOTAL CS | 4400 | | | |
| | | | TOTAL DUE | $ 331,200.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035075

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 11007 |
| DATE: | 11/21/17 |
| P.O.# | 1153 |
| RELEASE: | J1153 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2000 | $ 75.50 | $ 151,000.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1800 | $ 75.00 | $ 135,000.00 | Jul-19 |
| | TOTAL CS | 3800 | | | |
| | | | **TOTAL DUE** | **$ 286,000.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035076

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11010 |
| DATE: | 11/21/17 |
| P.O.# | 1157 |
| RELEASE: | J1157 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | | |
|---|---|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $ | 75.50 | $ | 120,800.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1836 | $ | 75.00 | $ | 137,700.00 | Jul-19 |
| | TOTAL CS | 3436 | | | | | |
| | | | | TOTAL DUE | $ | 258,500.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035077

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11169 |
| DATE: | 1/17/18 |
| P.O.# | 2250 |
| RELEASE: | J2250 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1220 | $ 75.50 | $ 92,110.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2408 | $ 75.00 | $ 180,600.00 | Sep-19 |
| | TOTAL CS | 3628 | | | |
| | | | **TOTAL DUE** | **$ 272,710.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035080

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11170 |
| DATE: | 1/17/18 |
| P.O.# | 2251 |
| RELEASE: | J2251 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3040 | $ 75.50 | $ 229,520.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $ 75.00 | $ 64,800.00 | Sep-19 |
| | TOTAL CS | 3904 | | | |
| | | | **TOTAL DUE** | **$ 294,320.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035079

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 11168 |
| DATE: | 1/17/18 |
| P.O.# | 2249 |
| RELEASE: | J2249 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $    75.50 | $    90,600.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $    75.00 | $    64,800.00 | Sep-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 80 | $    60.00 | $    4,800.00 | Apr-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 466 | $    38.00 | $    17,708.00 | May-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 818 | $    34.00 | $    27,812.00 | Mar-19 |
| | TOTAL CS | 3428 | | | |
| | | | **TOTAL DUE** | $    205,720.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035081

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 11167 |
| DATE: | 1/17/18 |
| P.O.# | 2248 |
| RELEASE: | **J2248** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2500 | $     75.50 | $     188,750.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3000 | $     75.00 | $     225,000.00 | Sep-19 |
| | TOTAL CS | 5500 | | | |
| | | | **TOTAL DUE** | $     413,750.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035082

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11166 |
| **DATE:** | 1/17/18 |
| **P.O.#** | 2247 |
| **RELEASE:** | **J2247** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3040 | $ 75.50 | $ 229,520.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $ 75.00 | $ 64,800.00 | Sep-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 400 | $ 60.00 | $ 24,000.00 | Apr-19 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $ 42.50 | $ 6,375.00 | Dec-18 |
| | TOTAL CS | 4454 | | | |
| | | | **TOTAL DUE** | **$ 324,695.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035083

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11180 |
| DATE: | 1/22/18 |
| P.O.# | 2252 |
| RELEASE: | J2252 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 120 | $ | 75.50 | $ | 9,060.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 5734 | $ | 75.00 | $ | 430,050.00 | May-19 |
| | TOTAL CS | 5854 | | | | |
| | | | | **TOTAL DUE** | **$** | **439,110.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035085

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11230 |
| **DATE:** | 2/5/18 |
| **P.O.#** | 2220 |
| **RELEASE:** | **J2220** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $   78.00 | $   78,000.00 | Feb-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $   62.00 | $   31,000.00 | Dec-18 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 1152 | $   38.50 | $   44,352.00 | Mar-19 |
| | TOTAL CS | 2652 | | | |
| | | | **TOTAL DUE** | $   153,352.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035087

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11229 |
| **DATE:** | 2/5/18 |
| **P.O.#** | 2219 |
| **RELEASE:** | **J2219** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4273 | $ | 78.00 | $ | 333,294.00 | Feb-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1008 | $ | 76.50 | $ | 77,112.00 | May-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 424 | $ | 62.00 | $ | 26,288.00 | Dec-18 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 363 | $ | 43.50 | $ | 15,790.50 | Dec-18 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 163 | $ | 61.50 | $ | 10,024.50 | Mar-19 |
| | TOTAL CS | 6231 | | | | | |
| | | | | **TOTAL DUE** | $ | **462,509.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035088

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11228 |
| **DATE:** | 2/5/18 |
| **P.O.#** | 2218 |
| **RELEASE:** | **J2218** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 6720 | $    78.00 | $    524,160.00 | Feb-19 |
| | TOTAL CS | 6720 | | | |
| | | | **TOTAL DUE** | **$    524,160.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035089

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| INVOICE # | 11281 |
|---|---|
| DATE: | 2/16/18 |
| P.O.# | 1522 |
| RELEASE: | J1522 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3600 | $ 78.00 | $ 280,800.00 Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ 76.50 | $ 76,500.00 Nov-19 |
| | TOTAL CS | 4600 | | |
| | | | **TOTAL DUE** | **$ 357,300.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035091

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax     786-513-0216

| | |
|---|---|
| INVOICE # | 11280 |
| DATE: | 2/16/18 |
| P.O.# | 1521 |
| RELEASE: | J1521 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $ 78.00 | $ 78,000.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 400 | $ 76.50 | $ 30,600.00 | Nov-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 466 | $ 38.50 | $ 17,941.00 | May-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 818 | $ 38.50 | $ 31,493.00 | Apr-19 |
| | TOTAL CS | 2684 | | | |
| | | | TOTAL DUE | $ 158,034.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035092

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11279 |
| DATE: | 2/16/18 |
| P.O.# | 1520 |
| RELEASE: | J1520 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3560 | $ 78.00 | $ 277,680.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 492 | $ 76.50 | $ 37,638.00 | Nov-19 |
| | TOTAL CS | 4052 | | | |
| | | | **TOTAL DUE** | **$ 315,318.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035093

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 11278 |
| DATE: | 2/16/18 |
| P.O.# | 1519 |
| RELEASE: | J1519 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2240 | $ 78.00 | $ 174,720.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1008 | $ 76.50 | $ 77,112.00 | Nov-19 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $ 43.50 | $ 6,525.00 | May-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 850 | $ 82.00 | $ 69,700.00 | Jul-19 |
| | TOTAL CS | 4248 | | | |
| | | | TOTAL DUE $ | 328,057.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035094

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11277 |
| DATE: | 2/16/18 |
| P.O.# | 1518 |
| RELEASE: | J1518 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1120 | $ 78.00 | $ 87,360.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $ 76.50 | $ 220,320.00 | Nov-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 480 | $ 62.00 | $ 29,760.00 | Apr-19 |
| | TOTAL CS | 4480 | | | |
| | | | **TOTAL DUE** | **$ 337,440.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035095

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11445N |
| **DATE:** | 4/10/18 |
| **P.O.#** | 0918 |
| **RELEASE:** | **J0918** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1152 | $        37.50 | $      43,200.00 |
| | TOTAL CS | 1152 | | |
| | | | **TOTAL DUE** | $      43,200.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11941 |
| **DATE:** | 8/13/18 |
| **P.O.#** | 813 |
| **RELEASE:** | **J813** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2400 | $ 78.00 | $ 187,200.00 | Dec-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1074 | $ 76.50 | $ 82,161.00 | Mar-20 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 300 | $ 62.00 | $ 18,600.00 | Sep-19 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $ 42.50 | $ 6,375.00 | Sep-19 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 150 | $ 61.50 | $ 9,225.00 | Dec-19 |
| | TOTAL CS | 4074 | | | |
| | | | **TOTAL DUE** | **$ 303,561.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035099

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11940 |
| DATE: | 8/13/18 |
| P.O.# | 812 |
| RELEASE: | J812 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 5376 | $ 76.50 | $ 411,264.00 | Mar-20 |
| | TOTAL CS | 5376 | | | |
| | | | **TOTAL DUE** | $ 411,264.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035100

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11952 |
| **DATE:** | 8/14/18 |
| **P.O.#** | 817 |
| **RELEASE:** | **J817** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1500 | $ 78.00 | $ 117,000.00 | Dec-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3000 | $ 76.50 | $ 229,500.00 | Mar-20 |
| | TOTAL CS | 4500 | | | |
| | | | **TOTAL DUE** | **$ 346,500.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035102

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11953 |
| **DATE:** | 8/14/18 |
| **P.O.#** | 818 |
| **RELEASE:** | **J818** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 640 | $ 78.00 | $ 49,920.00 | Dec-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 912 | $ 76.50 | $ 69,768.00 | Mar-20 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 886 | $ 80.00 | $ 70,880.00 | Dec-19 |
| | TOTAL CS | 2438 | | | |
| | | | TOTAL DUE | $ 190,568.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035103

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 11951 |
| DATE: | 8/14/18 |
| P.O.# | 816 |
| RELEASE: | J816 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1320 | $ | 78.00 | $ | 102,960.00 | Dec-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ | 76.50 | $ | 76,500.00 | Mar-20 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 438 | $ | 38.00 | $ | 16,644.00 | Oct-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 448 | $ | 34.00 | $ | 15,232.00 | Aug-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 800 | $ | 80.00 | $ | 64,000.00 | Dec-19 |
| | TOTAL CS | 4006 | | | | |
| | | | | **TOTAL DUE** | $ | **275,336.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035104

# NUTRISOURCE, LLC

### INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax     786-513-0216

| | |
|---|---|
| **INVOICE #** | 11950 |
| **DATE:** | 8/14/18 |
| **P.O.#** | 815 |
| **RELEASE:** | **J815** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3888 | $ | 76.50 | $ | 297,432.00 | Mar-20 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 432 | $ | 80.00 | $ | 34,560.00 | Dec-19 |
| | TOTAL CS | 4320 | | | | |
| | | | | **TOTAL DUE** | $ | **331,992.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035105

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11949 |
| **DATE:** | 8/14/18 |
| **P.O.#** | 814 |
| **RELEASE:** | **J814** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4160 | $ | 78.00 | $ | 324,480.00 | Dec-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ | 62.00 | $ | 31,000.00 | Sep-19 |
| | TOTAL CS | 4660 | | | | |
| | | | | **TOTAL DUE** | $ | **355,480.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035106

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax     786-513-0216

| | |
|---|---|
| **INVOICE #** | 11953 |
| **DATE:** | 8/14/18 |
| **P.O.#** | 818 |
| **RELEASE:** | **J818** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 640 | $ | 78.00 | $ | 49,920.00 | Dec-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 912 | $ | 76.50 | $ | 69,768.00 | Mar-20 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 320 | $ | 80.00 | $ | 25,600.00 | Dec-19 |
| | TOTAL CS | 1872 | | | | |
| | | | | **TOTAL DUE** | $ | 145,288.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035108

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11956 |
| **DATE:** | 8/15/18 |
| **P.O.#** | 819 |
| **RELEASE:** | **J819** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 566 | $        80.00 | $      45,280.00  Dec-19 |
| | TOTAL CS | 566 | | |
| | | | **TOTAL DUE** | $      45,280.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035109

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 8451 |
| DATE: | 3/11/15 |
| P.O.# | 3124 |
| RELEASE: | J3124 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5 OZ | 3498 | $   74.50 | $   260,601.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/13 OZ | 700 | $   74.00 | $   51,800.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $   43.50 | $   6,525.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $   74.00 | $   148,000.00 |
| | TOTAL CS | 6348 | | |
| | | | **TOTAL DUE** | $   466,926.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035111

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8453 |
| DATE: | 3/11/15 |
| P.O.# | 3126 |
| RELEASE: | J3126 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
| 00871 54601 40151 | ENFAMIL ENFAGROW PREMIUM POWDER 4/21 OZ | 525 | $  49.00 | $  25,725.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 900 | $  49.00 | $  44,100.00 |
| | TOTAL CS | 1425 | | |
| | | | TOTAL DUE  $ | 69,825.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035112

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8554 |
| DATE: | 4/21/15 |
| P.O.# | 118 |
| RELEASE: | J118 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 54601 40151 | ENFAMIL ENFAGROW PREMIUM POWDER 4/21 OZ | 525 | $    49.00 | $    25,725.00 |
| | TOTAL CS | 525 | | |
| | | | **TOTAL DUE** | $    25,725.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035114

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8620 |
| DATE: | 5/8/15 |
| P.O.# | 5119 |
| RELEASE: | J5119 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 34 | $ 74.50 | $ 2,533.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 805 | $ 47.25 | $ 38,036.25 |
| | TOTAL CS | 839 | | |
| | | | TOTAL DUE $ | 40,569.25 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035116

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 8649 |
| DATE: | 5/20/15 |
| P.O.# | 5202 |
| RELEASE: | J5202 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $ | 74.50 | $    238,400.00 | Oct-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 400 | $ | 74.00 | $     29,600.00 | Oct-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ | 74.00 | $    111,000.00 | Feb-17 |
| | TOTAL CS | 5100 | | | | |
| | | | | **TOTAL DUE** | $    379,000.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035118

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8650 |
| **DATE:** | 5/20/15 |
| **P.O.#** | 5203 |
| **RELEASE:** | J5203 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1727 | $ 74.50 | $ 128,661.50 | Oct-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 483 | $ 74.00 | $ 35,742.00 | Oct-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 672 | $ 74.00 | $ 49,728.00 | Feb-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW PREMIUM POWDER 4/21 OZ | 144 | $ 43.50 | $ 6,264.00 | Sep-16 |
| | TOTAL CS | 3026 | | | |
| | | | **TOTAL DUE** | **$ 220,395.50** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035119

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8648 |
| DATE: | 5/20/15 |
| P.O.# | 5201 |
| RELEASE: | J5201 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $ 74.50 | $ 238,400.00 | Oct-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 800 | $ 74.00 | $ 59,200.00 | Oct-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ 74.00 | $ 111,000.00 | Feb-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 115 | $ 65.00 | $ 7,475.00 | Nov-16 |
| | TOTAL CS | 5615 | | | |
| | | | TOTAL DUE | $ 416,075.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035120

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8786 |
| **DATE:** | 7/16/15 |
| **P.O.#** | 7165 |
| **RELEASE:** | J7165 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1872 | $        37.00 | $      69,264.00 | 4/1/16 |
| | TOTAL CS | 1872 | | | |
| | | | **TOTAL DUE** | **$      69,264.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035122

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8856 |
| **DATE:** | 8/19/15 |
| **P.O.#** | 8195 |
| **RELEASE:** | J8195 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC

8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3700 | $ | 74.50 | $ | 275,650.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1600 | $ | 74.00 | $ | 118,400.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ | 74.00 | $ | 37,000.00 |
| | TOTAL CS | 5800 | | | | |
| | | | | TOTAL DUE | $ | 431,050.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035124

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8924 |
| **DATE:** | 9/21/15 |
| **P.O.#** | 9205 |
| **RELEASE:** | **J9205** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $     74.50 | $     74,500.00 | Feb-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1000 | $     74.00 | $     74,000.00 | Feb-17 |
| | TOTAL CS | 2000 | | | |
| | | | **TOTAL DUE** | **$   148,500.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035126

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 8967 |
| DATE: | 10/12/15 |
| P.O.# | 1085 |
| RELEASE: | J1085 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PRE-PAY** | | | | | | | |

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 300 | $ | 74.50 | $ | 22,350.00 | Feb-17 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ  (08/2016 EXP) | 306 | $ | 47.00 | $ | 14,382.00 | Aug-16 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1181 | $ | 48.00 | $ | 56,688.00 | Oct-16 |
| | TOTAL CS | 1787 | | | | | |
| | | | | **TOTAL DUE** | $ | 93,420.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035128

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9002 |
| **DATE:** | 10/23/15 |
| **P.O.#** | 1022 |
| **RELEASE:** | **J1022** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 432 | $          44.00 | $          19,008.00 | May-16 |
| | TOTAL CS | 432 | | |
| | | | **TOTAL DUE** | **$          19,008.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035130

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9034 |
| **DATE:** | 11/13/15 |
| **P.O.#** | 1113 |
| **RELEASE:** | **J1113** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1052 | $ 47.00 | $ 49,444.00 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 680 | $ 47.00 | $ 31,960.00 |
| | TOTAL CS | 1732 | | |
| | | | **TOTAL DUE** | $ 81,404.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9055 |
| **DATE:** | 11/24/15 |
| **P.O.#** | 1123 |
| **RELEASE:** | J1123 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 5400 | $    75.00 | $    405,000.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3870 | $    74.50 | $    288,315.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1000 | $    70.00 | $    70,000.00 |
| | TOTAL CS | 10270 | | |
| | | | **TOTAL DUE** | **$    763,315.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035134

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9069 |
| **DATE:** | 12/3/15 |
| **P.O.#** | 1202 |
| **RELEASE:** | **J1202** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3300 | $    74.50 | $    245,850.00 | May-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $    74.00 | $    213,120.00 | Aug-17 |
| | TOTAL CS | 6180 | | |
| | | | **TOTAL DUE** | $    458,970.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035136

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9128N |
| **DATE:** | 1/6/16 |
| **P.O.#** | 1056 |
| **RELEASE:** | **J1056** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC

8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 800 | $  75.50 | $  60,400.00 | May-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $  75.00 | $  36,000.00 | Aug-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $  70.00 | $  22,400.00 | Nov-16 |
| | TOTAL CS | 1600 | | | |
| | | | **TOTAL DUE** | **$  118,800.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035138

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9129N |
| **DATE:** | 1/6/16 |
| **P.O.#** | 1057 |
| **RELEASE:** | J1057 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3040 | $ 74.83 | $ 227,483.20 | Dec-16 | |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $ 74.33 | $ 59,464.00 | 623 Apr-17 177 Aug-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ 70.00 | $ 22,400.00 | 226 Nov-16 94 May-17 |
| | TOTAL CS | 4160 | | | | |
| | | | **TOTAL DUE** | $ 309,347.20 | | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035140

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 9167 |
| DATE: | 1/26/14 |
| P.O.# | 1063 |
| RELEASE: | J1063 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2400 | $ 75.00 | $ 180,000.00 | Jul-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1200 | $ 74.50 | $ 89,400.00 | Oct-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ 70.00 | $ 35,000.00 | Mar-17 |
| | TOTAL CS | 4100 | | | |
| | | | **TOTAL DUE** | **$ 304,400.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035142

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9180 |
| **DATE:** | 2/1/16 |
| **P.O.#** | 1064 |
| **RELEASE:** | **J1064** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2400 | $    74.50 | $    178,800.00 | Jul-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1120 | $    74.00 | $    82,880.00 | Oct-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $    70.00 | $    22,400.00 | Mar-17 |
| | TOTAL CS | 3840 | | |
| | | | **TOTAL DUE** | $    **284,080.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035144

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9196 |
| **DATE:** | 2/3/16 |
| **P.O.#** | 1017 |
| **RELEASE:** | **J1017** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | | |
|---|---|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 878 | $ | 75.00 | $ | 65,850.00 | Oct-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ | 68.00 | $ | 21,760.00 | Mar-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 211 | $ | 60.50 | $ | 12,765.50 | 161 12/2016 50 02/201 |
| | TOTAL CS | 1409 | | | | | |
| | | | | **TOTAL DUE** | $ | **100,375.50** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9247 |
| **DATE:** | 2/24/16 |
| **P.O.#** | 2117 |
| **RELEASE:** | J2117 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 560 | $ | 70.00 | $ | 39,200.00 | Jun-17 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1118 | $ | 75.20 | $ | 84,073.60 | Jul-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ | 74.70 | $ | 112,050.00 | Nov-17 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 512 | $ | 49.00 | $ | 25,088.00 | Jan-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 544 | $ | 49.00 | $ | 26,656.00 | Jul-17 |
| | TOTAL CS | 4234 | | | | | |
| | | | | **TOTAL DUE** | **$** | **287,067.60** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035148

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9222 |
| **DATE:** | 2/16/16 |
| **P.O.#** | 2116 |
| **RELEASE:** | **J2116** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ | 74.00 | $ | 148,000.00 | Nov-17 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $ | 74.50 | $ | 238,400.00 | Jul-17 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 0 | $ | 43.50 | $ | - | |
| | TOTAL CS | 5200 | | | | | |
| | | | | **TOTAL DUE** | **$** | **386,400.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035149

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9221 |
| DATE: | 2/16/16 |
| P.O.# | 2115 |
| RELEASE: | J2115 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 74.80 | $ 149,600.00 | Nov-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1044 | $ 70.00 | $ 73,080.00 | 744 5/2017+300 06/2017 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 100 | $ 62.00 | $ 6,200.00 | Dec-16 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $ 75.30 | $ 240,960.00 | Jul-17 |
| | TOTAL CS | 6344 | | | |
| | | | TOTAL DUE | $ 469,840.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035150

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9222 |
| **DATE:** | 2/16/16 |
| **P.O.#** | 2116 |
| **RELEASE:** | **J2116** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $    74.00 | $   148,000.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $    74.50 | $   238,400.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $    43.50 | $     6,525.00 |
| | TOTAL CS | 5350 | | |
| | | | **TOTAL DUE** | **$   392,925.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035152

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9221 |
| **DATE:** | 2/16/16 |
| **P.O.#** | 2115 |
| **RELEASE:** | **J2115** |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $   74.80 | $   149,600.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1044 | $   70.00 | $   73,080.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 100 | $   62.00 | $   6,200.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $   75.30 | $   240,960.00 |
| | TOTAL CS | 6344 | | |
| | | | **TOTAL DUE** | $   469,840.00 |

744 3/1/2017×300

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035153

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9247 |
| **DATE:** | 2/24/16 |
| **P.O.#** | 2117 |
| **RELEASE:** | J2117 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 560 | $ 70.00 | $ 39,200.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $ 75.20 | $ 120,320.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ 74.70 | $ 112,050.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 800 | $ 49.00 | $ 39,200.00 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 800 | $ 49.00 | $ 39,200.00 |
| | TOTAL CS | 5260 | | |
| | | | **TOTAL DUE** | **$ 349,970.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035155

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9357 |
| **DATE:** | 4/13/16 |
| **P.O.#** | 413 |
| **RELEASE:** | J413 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $   74.50 | $   238,400.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2300 | $   74.00 | $   170,200.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 60 | $   68.00 | $   4,080.00 |
| | TOTAL CS | 5560 | | |
| | | | **TOTAL DUE** | $   412,680.00 |

Jun-17

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035157

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9358 |
| **DATE:** | 4/13/16 |
| **P.O.#** | 412 |
| **RELEASE:** | **J412** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $ 75.50 | $ 120,800.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1600 | $ 75.00 | $ 120,000.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 840 | $ 67.00 | $ 56,280.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 150 | $ 59.00 | $ 8,850.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 900 | $ 49.00 | $ 44,100.00 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1500 | $ 49.00 | $ 73,500.00 |
| | TOTAL CS | 6590 | | |
| | | | **TOTAL DUE** | **$ 423,530.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035159

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax 786-513-0216

| | |
|---|---|
| **INVOICE #** | 9364 |
| **DATE:** | 4/14/16 |
| **P.O.#** | 415 |
| **RELEASE:** | **J415** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax: 305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 320 | $ 75.50 | $ 24,160.00 Oct-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 280 | $ 68.00 | $ 19,040.00 Sep-17 |
| | TOTAL CS | 600 | | |
| | | | **TOTAL DUE** | **$ 43,200.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035161

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9363 |
| **DATE:** | 4/14/16 |
| **P.O.#** | 414 |
| **RELEASE:** | **J414** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2100 | $   74.50 | $   156,450.00 | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $   74.00 | $   74,000.00 | Jan-18 |
| | TOTAL CS | 3100 | | | |
| | | | **TOTAL DUE** | $   230,450.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035162

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9455 |
| DATE: | 5/17/16 |
| P.O.# | 423 |
| RELEASE: | J423-D |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2880 | $ 74.50 | $ 214,560.00 | Nov-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $ 74.00 | $ 59,200.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $ 68.00 | $ 10,880.00 | Oct-17 |
| | TOTAL CS | 3840 | | | |
| | | | TOTAL DUE | $ 284,640.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035164

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9449 |
| DATE: | 5/11/16 |
| P.O.# | 423 |
| RELEASE: | J423-B |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

*revised*

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC

8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 650 | $ 74.50 | $ 48,425.00 | Nov-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 640 | $ 74.00 | $ 47,360.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 240 | $ 68.00 | $ 16,320.00 | Oct-17 |
| | TOTAL CS | 1530 | | | |
| | | | TOTAL DUE | $ 112,105.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035165

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9450 |
| DATE: | 5/16/16 |
| P.O.# | 426 |
| RELEASE: | J426 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2890 | $ 74.50 | $ 215,305.00 Nov-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1592 | $ 74.00 | $ 117,808.00 Jan-18 |
| | TOTAL CS | 4482 | | |
| | | | **TOTAL DUE** | $ 333,113.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035167

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9464 |
| DATE: | 5/20/16 |
| P.O.# | 427 |
| RELEASE: | J427 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 492 | $    48.50 | $    23,862.00  Oct-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $    62.00 | $    9,920.00  Oct-17 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 60 | $    48.50 | $    2,910.00  Apr-17 |
| | TOTAL CS | 712 | | |
| | | | **TOTAL DUE** | $    36,692.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035169

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 9558 |
| DATE: | 7/7/16 |
| P.O.# | 6301 |
| RELEASE: | **J6301** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 488 | $    48.00 | $    23,424.00 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 620 | $    48.00 | $    29,760.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 480 | $    60.00 | $    28,800.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $    74.00 | $    59,200.00 |
| 00870 01904 01904 | ENFACARE LIPIL POWDER 6/12.80 OZ | 175 | $    62.00 | $    10,850.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $    42.50 | $     6,375.00 |
| | TOTAL CS | 2713 | | |
| | | | TOTAL DUE  $ | 158,409.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035171

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9557 |
| DATE: | 7/7/16 |
| P.O.# | 6300 |
| RELEASE: | J6300 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 960 | $    74.50 | $    71,520.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1280 | $    74.00 | $    94,720.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 640 | $    60.00 | $    38,400.00 |
| | TOTAL CS | 2880 | | |
| | | | **TOTAL DUE** | **$    204,640.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035172

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9559 |
| DATE: | 7/7/16 |
| P.O.# | 6302 |
| RELEASE: | **J6302** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC

8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 800 | $ 74.50 | $ 59,600.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $ 74.00 | $ 35,520.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $ 60.00 | $ 9,600.00 |
| | TOTAL CS | 1440 | | |
| | | | TOTAL DUE | $ 104,720.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035173

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9600 |
| **DATE:** | 7/22/16 |
| **P.O.#** | 721 |
| **RELEASE:** | **J721** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1300 | $   74.50 | $   96,850.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 796 | $   74.00 | $   58,904.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 480 | $   60.00 | $   28,800.00 |
| | TOTAL CS | 2576 | | |
| | | | **TOTAL DUE** | **$   184,554.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035175

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9822 |
| **DATE:** | 10/20/16 |
| **P.O.#** | 1021 |
| **RELEASE:** | **J1021** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 800 | $ 74.50 | $ 59,600.00 | Mar-18 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 288 | $ 48.00 | $ 13,824.00 | Mar-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $ 74.00 | $ 59,200.00 | Jun-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 640 | $ 60.00 | $ 38,400.00 | Mar-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 768 | $ 48.00 | $ 36,864.00 | Sep-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 0 | $ 62.00 | $ - | |
| | TOTAL CS | 3296 | | | |
| | | | **TOTAL DUE** | **$ 207,888.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035177

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9823 |
| **DATE:** | 10/20/16 |
| **P.O.#** | 1022 |
| **RELEASE:** | **J1022** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2600 | $ 74.50 | $ 193,700.00 | Mar-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1824 | $ 74.00 | $ 134,976.00 | Jun-18 |
| | TOTAL CS | 4424 | | | |
| | | | **TOTAL DUE** | **$ 328,676.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035179

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9917 |
| **DATE:** | 11/23/16 |
| **P.O.#** | 1123 |
| **RELEASE:** | J1123 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3040 | $ 74.50 | $ 226,480.00 | May-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1120 | $ 60.00 | $ 67,200.00 | Apr-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1688 | $ 74.00 | $ 124,912.00 | Aug-18 |
| | TOTAL CS | 5848 | | | |
| | | | **TOTAL DUE** | **$ 418,592.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9916 |
| DATE: | 11/23/16 |
| P.O.# | 1122 |
| RELEASE: | J1122 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2110 | $  74.50 | $  157,195.00 | May-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $  60.00 | $  9,600.00 | Apr-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $  74.00 | $  111,000.00 | Aug-18 |
| | TOTAL CS | 3770 | | | |
| | | | **TOTAL DUE** | $  277,795.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035182

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9915 |
| DATE: | 11/23/16 |
| P.O.# | 1121 |
| RELEASE: | J1121 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3000 | $ 74.50 | $ 223,500.00 | May-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1800 | $ 74.00 | $ 133,200.00 | Aug-18 |
| | TOTAL CS | 4800 | | | |
| | | | TOTAL DUE | $ 356,700.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035183

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9438 |
| DATE: | 5/11/16 |
| P.O.# | 424 |
| RELEASE: | J424 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC

8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $ 74.50 | $ 238,400.00 | Nov-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1200 | $ 74.00 | $ 88,800.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $ 68.00 | $ 34,000.00 | Oct-17 |
| | TOTAL CS | 4900 | | | |
| | | | **TOTAL DUE** | **$ 361,200.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035185

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9437 |
| DATE: | 5/11/16 |
| P.O.# | 423 |
| RELEASE: | J423 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC

8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3530 | $ 74.50 | $ 262,985.00 | Nov-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 896 | $ 48.50 | $ 43,456.00 | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1920 | $ 74.00 | $ 142,080.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 480 | $ 68.00 | $ 32,640.00 | Oct-17 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 0 | $ 43.00 | $ - | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 864 | $ 48.50 | $ 41,904.00 | Apr-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 175 | $ 63.00 | $ 11,025.00 | Oct-17 |
| | TOTAL CS | 7865 | | | |
| | | | TOTAL DUE | $ 534,090.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035186

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10222 |
| DATE: | 3/16/17 |
| P.O.# | 3158 |
| RELEASE: | J3158 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2260 | $    75.50 | $    170,630.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $    75.00 | $    150,000.00 | Dec-18 |
| | TOTAL CS | 4260 | | | |
| | | | TOTAL DUE | $    320,630.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035188

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| **INVOICE #** | 10221 |
| **DATE:** | 3/16/17 |
| **P.O.#** | 3157 |
| **RELEASE:** | **J3157** |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $ 75.50 | $ 120,800.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1296 | $ 75.00 | $ 97,200.00 | Dec-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $ 60.00 | $ 9,600.00 | Aug-18 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $ 43.50 | $ 6,525.00 | Jun-18 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 450 | $ 75.00 | $ 33,750.00 | Aug-18 |
| | TOTAL CS | 3656 | | | |
| | | | **TOTAL DUE** | **$ 267,875.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035189

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10224 |
| DATE: | 3/16/17 |
| P.O.# | 3160 |
| RELEASE: | J3160 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2000 | $ 75.50 | $ 151,000.00 | Aug-18 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 368 | $ 34.00 | $ 12,512.00 | Jul-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 75.00 | $ 150,000.00 | Dec-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 180 | $ 60.00 | $ 10,800.00 | Aug-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 768 | $ 34.00 | $ 26,112.00 | May-18 |
| | TOTAL CS | 5316 | | | |
| | | | TOTAL DUE | $ 350,424.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035190

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10223 |
| DATE: | 3/16/17 |
| P.O.# | 3159 |
| RELEASE: | J3159 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1080 | $ 75.50 | $ 81,540.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 764 | $ 75.00 | $ 57,300.00 | Dec-18 |
| | TOTAL CS | 1844 | | | |
| | | | TOTAL DUE | $ 138,840.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035191

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 10643 |
| **DATE:** | 7/25/17 |
| **P.O.#** | 31657 |
| **RELEASE:** | **J31657** |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2500 | $   75.50 | $   188,750.00 | Jan-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2816 | $   75.00 | $   211,200.00 | Mar-19 |
| | TOTAL CS | 5316 | | | |
| | | | **TOTAL DUE** | **$   399,950.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035193

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10642 |
| DATE: | 7/25/17 |
| P.O.# | 31656 |
| RELEASE: | J31656 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3000 | $   75.50 | $   226,500.00 | Jan-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3500 | $   75.00 | $   262,500.00 | Mar-19 |
| | TOTAL CS | 6500 | | | |
| | | | **TOTAL DUE** | **$   489,000.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035194

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10641 |
| DATE: | 7/25/17 |
| P.O.# | 31655 |
| RELEASE: | J31655 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $ 75.50 | $ 90,600.00 | Jan-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1200 | $ 75.00 | $ 90,000.00 | Mar-19 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 170 | $ 42.50 | $ 7,225.00 | Oct-18 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 994 | $ 38.00 | $ 37,772.00 | Nov-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 962 | $ 34.00 | $ 32,708.00 | Sep-18 |
| | TOTAL CS | 4526 | | | |
| | | | TOTAL DUE | $ 258,305.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035195

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| INVOICE # | 10640 |
| DATE: | 7/25/17 |
| P.O.# | 31654 |
| RELEASE: | J31654 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

|  | PRE-PAY | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3040 | $ | 75.50 | $ | 229,520.00 | Jan-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1008 | $ | 75.00 | $ | 75,600.00 | Mar-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 630 | $ | 60.00 | $ | 37,800.00 | Jan-18 |
| | TOTAL CS | 4678 | | | | |
| | | | | **TOTAL DUE** | $ | 342,920.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035196

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10880 |
| DATE: | 10/16/17 |
| P.O.# | 10149 |
| RELEASE: | **J10149** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2200 | $ 75.50 | $ 166,100.00 | Mar-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1820 | $ 75.00 | $ 136,500.00 | Jun-19 |
| | TOTAL CS | 4020 | | | |
| | | | **TOTAL DUE** | $ 302,600.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 10879 |
| **DATE:** | 10/16/17 |
| **P.O.#** | 10148 |
| **RELEASE:** | **J10148** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3000 | $ 75.50 | $ 226,500.00 | Mar-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3000 | $ 75.00 | $ 225,000.00 | Jun-19 |
| | TOTAL CS | 6000 | | | |
| | | | **TOTAL DUE** | **$ 451,500.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035199

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 10878 |
| DATE: | 10/16/17 |
| P.O.# | 10147 |
| RELEASE: | J10147 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $ 75.50 | $ 90,600.00 | Mar-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $ 75.00 | $ 112,500.00 | Jun-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 994 | $ 38.00 | $ 37,772.00 | Mar-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 385 | $ 34.00 | $ 13,090.00 | Dec-18 |
| | TOTAL CS | 4079 | | | |
| | | | **TOTAL DUE** | **$ 253,962.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10988 |
| DATE: | 11/16/17 |
| P.O.# | 33109 |
| RELEASE: | J33109 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $    75.50 | $    362,400.00 | Apr-19 |
| | TOTAL CS | 4800 | | | |
| | | | **TOTAL DUE** | **$    362,400.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035202

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 10987 |
| **DATE:** | 11/16/17 |
| **P.O.#** | 32819 |
| **RELEASE:** | **J32819** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1280 | $ 75.50 | $ 96,640.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2448 | $ 75.00 | $ 183,600.00 | Jul-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 800 | $ 60.00 | $ 48,000.00 | Feb-19 |
| | TOTAL CS | 4528 | | | |
| | | | **TOTAL DUE** | **$   328,240.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10986 |
| DATE: | 11/16/17 |
| P.O.# | 1152 |
| RELEASE: | J1152 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2000 | $ 75.50 | $ 151,000.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 75.00 | $ 150,000.00 | Jul-19 |
| | TOTAL CS | 4000 | | | |
| | | | **TOTAL DUE** | **$ 301,000.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035204

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10984 |
| DATE: | 11/16/17 |
| P.O.# | 1150 |
| RELEASE: | **J1150** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1200 | $ 75.50 | $ 90,600.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1200 | $ 75.00 | $ 90,000.00 | Jul-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 100 | $ 60.00 | $ 6,000.00 | Feb-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 1000 | $ 38.00 | $ 38,000.00 | May-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1000 | $ 34.00 | $ 34,000.00 | Jan-19 |
| | TOTAL CS | 4500 | | | |
| | | | **TOTAL DUE** | **$ 258,600.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035205

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 10985 |
| **DATE:** | 11/16/17 |
| **P.O.#** | 1151 |
| **RELEASE:** | **J1151** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1760 | $    75.50 | $    132,880.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1648 | $    75.00 | $    123,600.00 | Jul-19 |
| | TOTAL CS | 3408 | | | |
| | | | **TOTAL DUE** | **$    256,480.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035206

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11552 |
| **DATE:** | 5/4/18 |
| **P.O.#** | 506 |
| **RELEASE:** | **J506** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 960 | $ | 78.00 | $ 74,880.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2160 | $ | 76.50 | $ 165,240.00 | Dec-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 800 | $ | 62.00 | $ 49,600.00 | Jun-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 288 | $ | 82.00 | $ 23,616.00 | Sep-19 |
| | TOTAL CS | 4208 | | | | |
| | | | | **TOTAL DUE** | $ 313,336.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035208

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 11551 |
| DATE: | 5/4/18 |
| P.O.# | 505 |
| RELEASE: | J505 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2880 | $ | 78.00 | $   224,640.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1440 | $ | 76.50 | $   110,160.00 | Dec-19 |
| | TOTAL CS | 4320 | | | | |
| | | | | TOTAL DUE | $   334,800.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035209

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax     786-513-0216

| | |
|---|---|
| INVOICE # | 11550 |
| DATE: | 5/4/18 |
| P.O.# | 504 |
| RELEASE: | J504 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

## PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2880 | $      78.00 | $      224,640.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1440 | $      76.50 | $      110,160.00 | Dec-19 |
| | TOTAL CS | 4320 | | | |
| | | | **TOTAL DUE** | **$      334,800.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035210

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11555 |
| DATE: | 5/7/18 |
| P.O.# | 509 |
| RELEASE: | J509 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1280 | $     78.00 | $     99,840.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3650 | $     76.50 | $   279,225.00 | Dec-19 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $     42.50 | $     6,375.00 | May-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 202 | $     82.00 | $     16,564.00 | Sep-19 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 150 | $     61.50 | $     9,225.00 | Sep-19 |
| | TOTAL CS | 5432 | | | |
| | | | **TOTAL DUE** | $     411,229.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 11554 |
| **DATE:** | 5/7/18 |
| **P.O.#** | 508 |
| **RELEASE:** | **J508** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1500 | $ 78.00 | $ 117,000.00 Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3650 | $ 76.50 | $ 279,225.00 Dec-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 200 | $ 82.00 | $ 16,400.00 Sep-19 |
| | TOTAL CS | 5350 | | |
| | | | **TOTAL DUE** | $ 412,625.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035213

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

**INVOICE**

| | |
|---|---|
| **INVOICE #** | 11553 |
| **DATE:** | 5/7/18 |
| **P.O.#** | 507 |
| **RELEASE:** | **J507** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $ 78.00 | $ 78,000.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ 76.50 | $ 76,500.00 | Dec-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 850 | $ 38.50 | $ 32,725.00 | Aug-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 706 | $ 38.50 | $ 27,181.00 | May-19 |
| | TOTAL CS | 3556 | | | |
| | | | **TOTAL DUE** | $ 214,406.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11657 |
| DATE: | 6/2/18 |
| P.O.# | 601 |
| RELEASE: | **J0601** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 640 | $ 78.00 | $ 49,920.00 Sep-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2880 | $ 76.50 | $ 220,320.00 Jan-20 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 800 | $ 62.00 | $ 49,600.00 Sep-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 144 | $ 82.00 | $ 11,808.00 Oct-19 |
| | TOTAL CS | 4464 | | |
| | | | **TOTAL DUE** | $   331,648.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035216

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11658 |
| DATE: | 6/2/18 |
| P.O.# | 602 |
| RELEASE: | J0602 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $    78.00 | $    374,400.00 | Sep-19 |
| | TOTAL CS | 4800 | | | |
| | | | **TOTAL DUE** | **$    374,400.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035217

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11659 |
| **DATE:** | 6/2/18 |
| **P.O.#** | 603 |
| **RELEASE:** | **J0603** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $ 78.00 | $ 78,000.00 | Sep-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ 76.50 | $ 76,500.00 | Jan-20 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 672 | $ 36.00 | $ 24,192.00 | Aug-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1106 | $ 36.00 | $ 39,816.00 | Jun-19 |
| | TOTAL CS | 3778 | | | |
| | | | **TOTAL DUE** | **$ 218,508.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035218

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11660 |
| **DATE:** | 6/2/18 |
| **P.O.#** | 604 |
| **RELEASE:** | **J0604** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $  78.00 | $  78,000.00 | Sep-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $  76.50 | $  153,000.00 | Jan-20 |
| | TOTAL CS | 3000 | | | |
| | | | **TOTAL DUE** | **$   231,000.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035219

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11661 |
| DATE: | 6/2/18 |
| P.O.# | 605 |
| RELEASE: | J0605 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1580 | $      78.00 | $   123,240.00 Sep-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2620 | $      76.50 | $   200,430.00 Jan-20 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $      42.50 | $     6,375.00 Jul-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 562 | $      82.00 | $    46,084.00 Oct-19 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 150 | $      61.50 | $     9,225.00 Oct-19 |
| | TOTAL CS | 5062 | | |
| | | | **TOTAL DUE** | $    385,354.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035220

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11800 |
| **DATE:** | 7/16/18 |
| **P.O.#** | 719 |
| **RELEASE:** | **J719** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 6720 | $    78.00 | $    524,160.00 | Nov-19 |
| | TOTAL CS | 6720 | | | |
| | | | **TOTAL DUE** | **$    524,160.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035222

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11801 |
| DATE: | 7/16/18 |
| P.O.# | 720 |
| RELEASE: | J720 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2000 | $ | 78.00 | $ | 156,000.00 | Nov-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 1238 | $ | 38.00 | $ | 47,044.00 | Oct-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ | 76.50 | $ | 76,500.00 | Feb-20 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 190 | $ | 62.00 | $ | 11,780.00 | Jun-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1348 | $ | 34.00 | $ | 45,832.00 | Jul-19 |
| | TOTAL CS | 5776 | | | | | |
| | | | | **TOTAL DUE** | $ | 337,156.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035223

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11799 |
| **DATE:** | 7/16/18 |
| **P.O.#** | 718 |
| **RELEASE:** | **J718** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3000 | $ 76.50 | $ 229,500.00 | Feb-20 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 400 | $ 62.00 | $ 24,800.00 | Jun-19 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 130 | $ 42.50 | $ 5,525.00 | Aug-19 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 300 | $ 61.50 | $ 18,450.00 | Nov-19 |
| | TOTAL CS | 3830 | | | |
| | | | **TOTAL DUE** | **$ 278,275.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11798 |
| DATE: | 7/16/18 |
| P.O.# | 717 |
| RELEASE: | J717 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 5700 | $ 78.00 | $ 444,600.00 | Nov-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ 76.50 | $ 76,500.00 | Feb-20 |
| | TOTAL CS | 6700 | | | |
| | | | **TOTAL DUE** | **$ 521,100.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035225

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11797 |
| DATE: | 7/16/18 |
| P.O.# | 716 |
| RELEASE: | J716 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | | |
|---|---|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1280 | $ | 78.00 | $ | 99,840.00 | Nov-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3750 | $ | 76.50 | $ | 286,875.00 | Feb-20 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1000 | $ | 62.00 | $ | 62,000.00 | Jun-19 |
| | TOTAL CS | 6030 | | | | | |
| | | | | TOTAL DUE | $ | 448,715.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035226

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 11796 |
| **DATE:** | 7/16/18 |
| **P.O.#** | 715 |
| **RELEASE:** | **J715** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 6720 | $   78.00 | $   524,160.00 | Nov-19 |
| | TOTAL CS | 6720 | | | |
| | | | **TOTAL DUE** | $   **524,160.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035227

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11812 |
| DATE: | 7/16/18 |
| P.O.# | 723 |
| RELEASE: | J723 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 800 | $    78.00 | $    62,400.00 | Nov-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 294 | $    76.50 | $    22,491.00 | Feb-20 |
| | TOTAL CS | 1094 | | | |
| | | | **TOTAL DUE** | $    84,891.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035229

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11810 |
| **DATE:** | 7/16/18 |
| **P.O.#** | 721 |
| **RELEASE:** | **J721** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 800 | $    78.00 | $    62,400.00 | Nov-19 |
| | TOTAL CS | 800 | | | |
| | | | **TOTAL DUE** | $    **62,400.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035231

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11797 |
| DATE: | 7/16/18 |
| P.O.# | 716 |
| RELEASE: | J716 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 0 | $ 78.00 | $ - | Nov-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3456 | $ 76.50 | $ 264,384.00 | Feb-20 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1000 | $ 62.00 | $ 62,000.00 | Jun-19 |
| | TOTAL CS | 4456 | | | |
| | | | TOTAL DUE | $ 326,384.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035232

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 11796 |
| **DATE:** | 7/16/18 |
| **P.O.#** | 715 |
| **RELEASE:** | **J715** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**REVISED**

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4800 | $    78.00 | $   374,400.00 | Nov-19 |
| | TOTAL CS | 4800 | | | |
| | | | **TOTAL DUE** | **$   374,400.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035233

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8540 |
| DATE: | 4/16/15 |
| P.O.# | 117 |
| RELEASE: | J117 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1800 | $ | 74.50 | $ | 134,100.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 420 | $ | 74.00 | $ | 31,080.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $ | 74.00 | $ | 59,200.00 |
| | TOTAL CS | 3020 | | | | |
| | | | | TOTAL DUE | $ | 224,380.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035235

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 8539 |
| DATE: | 4/16/15 |
| P.O.# | 116 |
| RELEASE: | J116 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $  74.50 | $  238,400.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 400 | $  74.00 | $  29,600.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $  74.00 | $  111,000.00 |
| | TOTAL CS | 5100 | | |
| | | | **TOTAL DUE** | $  379,000.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035236

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8538 |
| **DATE:** | 4/16/15 |
| **P.O.#** | 115 |
| **RELEASE:** | J115 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $  74.50 | $  238,400.00 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 800 | $  74.00 | $  59,200.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $  74.00 | $  111,000.00 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 150 | $  65.00 | $  9,750.00 |
| | TOTAL CS | 5650 | | |
| | | | **TOTAL DUE** | $  418,350.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035237

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9670 |
| DATE: | 8/15/16 |
| P.O.# | 817 |
| RELEASE: | **J817** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1080 | $    74.50 | $    80,460.00 | Feb-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 384 | $    74.00 | $    28,416.00 | May-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $    60.00 | $    19,200.00 | Dec-17 |
| | TOTAL CS | 1784 | | | |
| | | | **TOTAL DUE** | **$    128,076.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035239

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9669 |
| **DATE:** | 8/15/16 |
| **P.O.#** | 816 |
| **RELEASE:** | J816 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1120 | $ | 74.50 | $ | 83,440.00 | Feb-18 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 398 | $ | 48.00 | $ | 19,104.00 | Feb-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $ | 74.00 | $ | 59,200.00 | May-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ | 60.00 | $ | 19,200.00 | Dec-17 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 915 | $ | 48.00 | $ | 43,920.00 | 147CS 6/2017  768CS 07-2017 |
| | TOTAL CS | 3553 | | | | |
| | | | | **TOTAL DUE** | $ | 224,864.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035240

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 9668 |
| DATE: | 8/16/16 |
| P.O.# | 815 |
| RELEASE: | J815 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3000 | $ 74.50 | $ 223,500.00 | Feb-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 74.00 | $ 148,000.00 | May-18 |
| | TOTAL CS | 5000 | | | |
| | | | **TOTAL DUE** | **$ 371,500.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035241

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9825 |
| **DATE:** | 10/20/16 |
| **P.O.#** | 1024 |
| **RELEASE:** | **J1024** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 300 | $    48.00 | $   14,400.00 Mar-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 800 | $    48.00 | $   38,400.00 Sep-17 |
| | TOTAL CS | 1100 | | |
| | | | **TOTAL DUE** | **$    52,800.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035243

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| **INVOICE #** | 9824 |
| **DATE:** | 10/20/16 |
| **P.O.#** | 1023 |
| **RELEASE:** | **J1023** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2580 | $   74.50 | $   192,210.00 Mar-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2240 | $   74.00 | $   165,760.00 Jun-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $   60.00 | $   19,200.00 Mar-18 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $   42.50 | $   6,375.00 Dec-17 |
| | TOTAL CS | 5290 | | |
| | | | **TOTAL DUE** | $   383,545.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035244

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9823 |
| **DATE:** | 10/20/16 |
| **P.O.#** | 1022 |
| **RELEASE:** | **J1022** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3400 | $ 74.50 | $ 253,300.00 | Mar-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2400 | $ 74.00 | $ 177,600.00 | Jun-18 |
| | TOTAL CS | 5800 | | | |
| | | | **TOTAL DUE** | **$ 430,900.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035245

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9822 |
| **DATE:** | 10/20/16 |
| **P.O.#** | 1021 |
| **RELEASE:** | **J1021** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 800 | $   74.50 | $   59,600.00 | Mar-18 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 500 | $   48.00 | $   24,000.00 | Mar-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $   74.00 | $   59,200.00 | Jun-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 640 | $   60.00 | $   38,400.00 | Mar-18 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 400 | $   48.00 | $   19,200.00 | Sep-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 175 | $   62.00 | $   10,850.00 | |
| | TOTAL CS | 3315 | | | |
| | | | **TOTAL DUE** | $   211,250.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035246

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9821 |
| **DATE:** | 10/20/16 |
| **P.O.#** | 1020 |
| **RELEASE:** | **J1020** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1280 | $ | 74.50 | $  95,360.00 | Mar-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $ | 74.00 | $  35,520.00 | Jun-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1280 | $ | 60.00 | $  76,800.00 | 1016 - Dec-17 264 -Mar-18 |
| | TOTAL CS | 3040 | | | | |
| | | | | **TOTAL DUE** | $   207,680.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035247

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9820 |
| **DATE:** | 10/20/16 |
| **P.O.#** | 1019 |
| **RELEASE:** | **J1019** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1440 | $    74.50 | $    107,280.00 | Mar-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1280 | $    74.00 | $    94,720.00 | Jun-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $    60.00 | $    19,200.00 | Dec-17 |
| | TOTAL CS | 3040 | | | |
| | | | **TOTAL DUE** | $    **221,200.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035248

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11229 |
| DATE: | 2/5/18 |
| P.O.# | 2219 |
| RELEASE: | J2219 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4273 | $ | 78.00 | $ | 333,294.00 | Feb-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1008 | $ | 76.50 | $ | 77,112.00 | May-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 424 | $ | 62.00 | $ | 26,288.00 | Dec-18 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 506 | $ | 43.50 | $ | 22,011.00 | Dec-18 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 144 | $ | 61.50 | $ | 8,856.00 | Mar-19 |
| | TOTAL CS | 6355 | | | | | |
| | | | | **TOTAL DUE** | $ | 467,561.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035250

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 10118 |
| DATE: | 2/15/17 |
| P.O.# | 1135 |
| RELEASE: | J1135 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2500 | $    75.50 | $    188,750.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2200 | $    75.00 | $    165,000.00 | Nov-18 |
| | TOTAL CS | 4700 | | | |
| | | | **TOTAL DUE** | **$    353,750.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035252

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 10119 |
| DATE: | 2/15/17 |
| P.O.# | 1136 |
| RELEASE: | J1136 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1920 | $  75.50 | $  144,960.00 | Aug-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 640 | $  60.00 | $  38,400.00 | Jul-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1440 | $  75.00 | $  108,000.00 | Nov-18 |
| | TOTAL CS | 4000 | | | |
| | | | TOTAL DUE | $  291,360.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035254

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10121 |
| DATE: | 2/15/17 |
| P.O.# | 1138 |
| RELEASE: | J1138 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2000 | $ 75.50 | $ 151,000.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1960 | $ 75.00 | $ 147,000.00 | Nov-18 |
| | TOTAL CS | 3960 | | | |
| | | | TOTAL DUE | $ 298,000.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035256

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11812 |
| DATE: | 7/16/18 |
| P.O.# | 723 |
| RELEASE: | J723 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

                                              revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 900 | $ 78.00 | $ 70,200.00 | Nov-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 294 | $ 76.50 | $ 22,491.00 | Feb-20 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 170 | $ 42.50 | $ 7,225.00 | Aug-19 |
| | TOTAL CS | 1364 | | | |
| | | | TOTAL DUE | $ 99,916.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035258

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11951 |
| **DATE:** | 8/14/18 |
| **P.O.#** | 816 |
| **RELEASE:** | **J816** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1320 | $        78.00 | $    102,960.00 | Dec-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $        76.50 | $      76,500.00 | Mar-20 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 438 | $        38.00 | $      16,644.00 | Oct-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 448 | $        34.00 | $      15,232.00 | Aug-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 480 | $        80.00 | $      38,400.00 | Dec-19 |
| | TOTAL CS | 3686 | | | |
| | | | **TOTAL DUE** | $    249,736.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035260

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11956 |
| **DATE:** | 8/15/18 |
| **P.O.#** | 819 |
| **RELEASE:** | **J819** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 886 | $       80.00 | $      70,880.00  Dec-19 |
| | TOTAL CS | 886 | | |
| | | | **TOTAL DUE** | **$      70,880.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035261

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8650 |
| **DATE:** | 5/20/15 |
| **P.O.#** | 5203 |
| **RELEASE:** | J5203 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1727 | $  74.50 | $  128,661.50 | Oct-16 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 483 | $  74.00 | $  35,742.00 | Oct-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 672 | $  74.00 | $  49,728.00 | Feb-17 |
| | TOTAL CS | 2882 | | | |
| | | | **TOTAL DUE** | **$  214,131.50** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035263

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | | |
|---|---|---|
| **INVOICE #** | | 9002 |
| **DATE:** | | 10/23/15 |
| **P.O.#** | | 1022 |
| **RELEASE:** | | **J1022** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 864 | $      44.00 | $      38,016.00 | May-16 |
| | TOTAL CS | 864 | | | |
| | | | **TOTAL DUE** | **$      38,016.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035266

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9358 |
| **DATE:** | 4/13/16 |
| **P.O.#** | 416 |
| **RELEASE:** | **J416** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 0 | $ 75.50 | $ - | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 960 | $ 74.00 | $ 71,040.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $ 68.00 | $ 10,880.00 | Jun-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 0 | $ 59.00 | $ - | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 320 | $ 48.25 | $ 15,440.00 | Feb-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1138 | $ 48.25 | $ 54,908.50 | Sep-17 |
| | | | | | |
| | TOTAL CS | 2578 | | | |
| | | | **TOTAL DUE** | $ 152,268.50 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035268

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 9917 |
| DATE: | 11/23/16 |
| P.O.# | 1123 |
| RELEASE: | J1123 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | J1123 | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3040 | $  74.50 | $  226,480.00 | May-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1120 | $  60.00 | $  67,200.00 | Apr-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1688 | $  74.00 | $  124,912.00 | Aug-18 |
| | TOTAL CS | 5848 | | | |

| | | |
|---|---|---|
| TOTAL | $ | 418,592.00 |
| PAID 11/30/2016 | $ | (242,960.00) |
| TOTAL DUE | $ | 175,632.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035270

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 10524 |
| **DATE:** | 6/19/17 |
| **P.O.#** | 32176 |
| **RELEASE:** | **J32176** |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2040 | $   75.50 | $    154,020.00 | Nov-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1512 | $   75.00 | $    113,400.00 | Mar-19 |
| | TOTAL CS | 3552 | | | |
| | | | **TOTAL DUE** | **$    267,420.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035274

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10523 |
| DATE: | 6/19/17 |
| P.O.# | 31275 |
| RELEASE: | J31275 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1500 | $    75.50 | $    113,250.00 | Nov-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1500 | $    75.00 | $    112,500.00 | Mar-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 912 | $    40.00 | $    36,480.00 | Aug-18 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 744 | $    40.00 | $    29,760.00 | Nov-18 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 0 | $    60.00 | $    - | |
| | TOTAL CS | 4656 | | | |
| | | | TOTAL DUE | $    291,990.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035275

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11229 |
| **DATE:** | 2/5/18 |
| **P.O.#** | 2219 |
| **RELEASE:** | **J2219** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 4273 | $ 78.00 | $ 333,294.00 | Feb-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1008 | $ 76.50 | $ 77,112.00 | May-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 424 | $ 62.00 | $ 26,288.00 | Dec-18 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 363 | $ 43.50 | $ 15,790.50 | Dec-18 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 144 | $ 61.50 | $ 8,856.00 | Mar-19 |
| | TOTAL CS | 6212 | | | |
| | | | **TOTAL DUE** | $   461,340.50 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035277

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 11230 |
| **DATE:** | 2/5/18 |
| **P.O.#** | 2220 |
| **RELEASE:** | **J2220** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $    78.00 | $    78,000.00 Feb-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 376 | $    62.00 | $    23,312.00 Dec-18 |
| 00871 54601 69602 | ENFAMIL ENFAGROW 4/21 OZ | 1152 | $    38.50 | $    44,352.00 Mar-19 |
| | TOTAL CS | 2528 | | |
| | | | **TOTAL DUE** | **$    145,664.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035278

# NUTRISOURCE, LLC

CREDIT NOTE

20900 NE 30th AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax 786-513-0216

| | |
|---|---|
| **NRO** | CN-8995 |
| **DATE:** | 10/19/15 |
| **P.O.#** | 1019 |
| **RELEASE:** | J1019 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567

| Item # | DESCRIPTION | QTY (CS) | PRICE | TOTAL |
|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 7 | $ 74.50 | $ 521.50 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 14 | $ 74.00 | $ 1,036.00 |
| | TOTAL | 21 | | |
| | | | **TOTAL** | **$ 1,557.50** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax     786-513-0216

| | |
|---|---|
| INVOICE # | 9129N |
| DATE: | 1/6/16 |
| P.O.# | 1057 |
| RELEASE: | J1057 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3040 | $ 74.83 | $ 227,483.20 | Dec-16 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $ 74.33 | $ 59,464.00 | 623  Apr-17  177  Aug-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ 70.00 | $ 22,400.00 | Mar-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 193 | $ 60.50 | $ 11,676.50 | Nov-16 |
| | TOTAL CS | 4353 | | | |

| | | |
|---|---|---|
| TOTAL | $ | 321,023.70 |
| PAID01/7/2016 | $ | (11,676.50) |
| TOTAL DUE | $ | 309,347.20 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035282

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9180 |
| **DATE:** | 2/1/16 |
| **P.O.#** | 1064 |
| **RELEASE:** | **J1064** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| | PRE-PAY | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2400 | $   74.85 | $   179,640.00 | Jul-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1120 | $   74.35 | $   83,272.00 | Oct-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $   70.00 | $   22,400.00 | Mar-17 |
| | TOTAL CS | 3840 | | | |
| | | | **TOTAL DUE** | **$   285,312.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035284

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9358 |
| **DATE:** | 4/13/16 |
| **P.O.#** | 412 |
| **RELEASE:** | **J412** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $ 75.50 | $ 120,800.00  Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1600 | $ 75.00 | $ 120,000.00  Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 840 | $ 67.00 | $ 56,280.00  9/2017 06/2017 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 0 | $ 59.00 | $ - |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 320 | $ 49.00 | $ 15,680.00  Feb-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1138 | $ 49.00 | $ 55,762.00  Sep-17 |
| | | | | |
| | TOTAL CS | 5498 | | |
| | | | **TOTAL DUE** | **$ 368,522.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035286

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9558 |
| DATE: | 7/7/16 |
| P.O.# | 6301 |
| RELEASE: | **J6301** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 488 | $ 48.00 | $ 23,424.00 | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 620 | $ 48.00 | $ 29,760.00 | |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 480 | $ 60.00 | $ 28,800.00 | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 800 | $ 74.00 | $ 59,200.00 | |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 0 | $ 62.00 | $    - | |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 0 | $ 42.50 | $    - | |
| | TOTAL CS | 2388 | | | |

| | | |
|---|---|---|
| **TOTAL** | $ | **141,184.00** |
| **PAID 07/07/16** | $ | **(158,409.00)** |
| **OVERPAYMENT** | $ | **(17,225.00)** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035288

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 10221 |
| **DATE:** | 3/16/17 |
| **P.O.#** | 3157 |
| **RELEASE:** | **J3157** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $  75.50 | $  120,800.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1296 | $  75.00 | $  97,200.00 | Dec-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $  60.00 | $  9,600.00 | Aug-18 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $  43.50 | $  6,525.00 | Jun-18 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 450 | **$  78.00** | $  35,100.00 | Aug-18 |
| | TOTAL CS | 3656 | | | |

| | | |
|---|---|---|
| **TOTAL** | $ | **269,225.00** |
| **PAID 03/16/2017** | $ | **(267,875.00)** |
| **TOTAL DUE** | $ | **1,350.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035290

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11553 |
| **DATE:** | 5/7/18 |
| **P.O.#** | 507 |
| **RELEASE:** | **J507** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $ 78.00 | $ 78,000.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $ 76.50 | $ 76,500.00 | Dec-19 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 850 | $ 38.50 | $ 32,725.00 | Aug-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | **1250** | $ 38.50 | $ 48,125.00 | May-19 |
| | TOTAL CS | 4100 | | | |
| | | | **TOTAL DUE** | **$ 235,350.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035292

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9670 |
| DATE: | 8/15/16 |
| P.O.# | 817 |
| RELEASE: | J817 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1080 | $ 74.50 | $ 80,460.00 | Feb-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 384 | $ 74.00 | $ 28,416.00 | May-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $ 60.00 | $ 9,600.00 | Dec-17 |
| | TOTAL CS | 1624 | | | |
| | | | TOTAL DUE | $ 118,476.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax     786-513-0216

INVOICE

| | |
|---|---|
| INVOICE # | 10120 |
| DATE: | 2/15/17 |
| P.O.# | 1137 |
| RELEASE: | J1137 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3000 | $    75.50 | $    226,500.00 | Aug-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $    75.00 | $    150,000.00 | Nov-18 |
| | TOTAL CS | 5000 | | | |
| | | | **TOTAL DUE** | **$    376,500.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035298

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 10119 |
| **DATE:** | 2/15/17 |
| **P.O.#** | 1136 |
| **RELEASE:** | J1136 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1920 | $  75.50 | $  144,960.00 | Aug-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 640 | $  60.00 | $  38,400.00 | Jul-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1728 | $  75.00 | $  129,600.00 | Nov-18 |
| | TOTAL CS | 4288 | | | |
| | | | **TOTAL DUE** | $  312,960.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035296

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 8908 |
| **DATE:** | 9/16/15 |
| **P.O.#** | 1414 |
| **RELEASE:** | J1414 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | | |
|---|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 6000 | $ | 74.50 | $ | 447,000.00 | Feb-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2500 | $ | 74.00 | $ | 185,000.00 | May-17 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 200 | $ | 43.00 | $ | 8,600.00 | Nov-16 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.80 OZ | 40 | $ | 65.00 | $ | 2,600.00 | Dec-16 |
| | TOTAL CS | 8740 | | | | | |
| | | | | **TOTAL DUE** | $ | 643,200.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035304

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11170 |
| DATE: | 1/17/18 |
| P.O.# | 2251 |
| RELEASE: | J2251 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3040 | $ 75.50 | $ 229,520.00 | Jun-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 864 | $ 75.00 | $ 64,800.00 | Sep-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 850 | $ 82.00 | $ 69,700.00 | Jun-19 |
| | TOTAL CS | 4754 | | | |
| | | | **TOTAL DUE** | **$ 364,020.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035306

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 8818 |
| **DATE:** | 8/3/15 |
| **P.O.#** | 8315 |
| **RELEASE:** | **J8315** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 432 | $    36.50 | $    15,768.00 | 4/1/16 |
| | TOTAL CS | 432 | | | |
| | | | **TOTAL DUE** | **$    15,768.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035308

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 8919 |
| DATE: | 9/18/15 |
| P.O.# | 9175 |
| RELEASE: | J9175 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

|  |  |  |  |
|---|---|---|---|
| **PRE-PAY** | | | |

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1229 | $   74.50 | $   91,560.50 | Feb-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1556 | $   74.00 | $   115,144.00 | May-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 500 | $   70.00 | $   35,000.00 | Feb-17 |
| | TOTAL CS | 3285 | | | |
| | | | **TOTAL DUE** | $   241,704.50 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035310

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

### INVOICE

| | |
|---|---|
| **INVOICE #** | 11680 |
| **DATE:** | 6/8/18 |
| **P.O.#** | 607 |
| **RELEASE:** | **J0607** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| | | | | |
|---|---|---|---|---|
| | | **PRE-PAY** | | |

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 718 | $    78.00 | $    56,004.00 | Sep-19 |
| | TOTAL CS | 718 | | | |
| | | | **TOTAL DUE** | **$    56,004.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11013 |
| DATE: | 11/22/17 |
| P.O.# | 1156 |
| RELEASE: | J1156 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2400 | $    75.50 | $    181,200.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1836 | $    75.00 | $    137,700.00 | Jul-19 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 360 | $    60.00 | $    21,600.00 | Feb-19 |
| | TOTAL CS | 4596 | | | |
| | | | TOTAL DUE | $    340,500.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035314

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11010 |
| **DATE:** | 11/21/17 |
| **P.O.#** | 1157 |
| **RELEASE:** | J1157 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**REVISED**

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 2400 | $      75.50 | $    181,200.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1836 | $      75.00 | $    137,700.00 | Jul-19 |
| | TOTAL CS | 4236 | | | |
| | | | **TOTAL DUE** | **$    318,900.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035315

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11025 |
| DATE: | 11/29/17 |
| P.O.# | 1158 |
| RELEASE: | J1158 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $       75.50 | $     120,800.00 | Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1400 | $       75.00 | $     105,000.00 | Jul-19 |
| | TOTAL CS | 3000 | | | |
| | | | **TOTAL DUE** | **$     225,800.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035318

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11564 |
| **DATE:** | 5/9/18 |
| **P.O.#** | 508A |
| **RELEASE:** | **J508A** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 200 | $   82.00 | $   16,400.00 | Sep-19 |
| | TOTAL CS | 200 | | | |
| | | | **TOTAL DUE** | $   **16,400.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035320

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11554 |
| **DATE:** | 5/7/18 |
| **P.O.#** | 508 |
| **RELEASE:** | **J508** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

                                    REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1500 | $ 78.00 | $ 117,000.00 | Aug-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 3650 | $ 76.50 | $ 279,225.00 | Dec-19 |
| 00870 20102 20142 | ENFAMIL AR LIPIL PWD 6/12.9 OZ | 0 | $ 82.00 | $ - | Sep-19 |
| | TOTAL CS | 5150 | | | |
| | | | **TOTAL DUE** | **$ 396,225.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035321

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9358 |
| **DATE:** | 4/13/16 |
| **P.O.#** | 416 |
| **RELEASE:** | **J416** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY |
|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 480 | $ 75.50 | $ 36,240.00 | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1280 | $ 75.00 | $ 96,000.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $ 67.00 | $ 10,720.00 | Jun-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 0 | $ 59.00 | $   - | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 320 | $ 49.00 | $ 15,680.00 | Feb-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 1138 | $ 49.00 | $ 55,762.00 | Sep-17 |
| | TOTAL CS | 3378 | | | |

| | | |
|---|---|---|
| **TOTAL DUE** | $ | **214,402.00** |
| **WIRE** | $ | **152,268.50** |
| **BALANCE DUE** | $ | **62,133.50** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at I-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035323

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 116673 |
| DATE: | 6/6/18 |
| P.O.# | 606 |
| RELEASE: | J0606 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1280 | $        78.00 | $      99,840.00 | Sep-19 |
| | TOTAL CS | 1280 | | | |
| | | | **TOTAL DUE** | **$      99,840.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035325

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 11659 |
| DATE: | 6/2/18 |
| P.O.# | 603 |
| RELEASE: | J0603 |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

### PRE-PAY

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $       78.00 | $      78,000.00 | Sep-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1000 | $       76.50 | $      76,500.00 | Jan-20 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 672 | $       38.00 | $      25,536.00 | Aug-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1254 | $       38.00 | $      47,652.00 | Jun-19 |
| | TOTAL CS | 3926 | | | |
| | | | TOTAL DUE | $      227,688.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035326

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 11659 |
| DATE: | 6/2/18 |
| P.O.# | 603 |
| RELEASE: | J0603 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1000 | $    78.00 | $    78,000.00 | Sep-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 999 | $    76.50 | $    76,423.50 | Jan-20 |
| 00871 54601 69602 | ENFAMIL ENFAGROW PREM TOD TRANS 4/20 OZ | 672 | $    38.00 | $    25,536.00 | Aug-19 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1105 | $    38.00 | $    41,990.00 | Jun-19 |
| | TOTAL CS | 3776 | | | |
| | | | **TOTAL DUE** | **$    221,949.50** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035328

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 11025 |
| **DATE:** | 11/29/17 |
| **P.O.#** | 1158 |
| **RELEASE:** | **J1158** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $    75.50 | $    120,800.00  Apr-19 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1400 | $    75.00 | $    105,000.00  Jul-19 |
| | TOTAL CS | 3000 | | |
| | | | **TOTAL DUE** | **$    225,800.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035332

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9159 |
| DATE: | 1/21/16 |
| P.O.# | 1061 |
| RELEASE: | J 1061 |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 160 | $ 75.50 | $ 12,080.00 | Jul-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1120 | $ 75.00 | $ 84,000.00 | Oct-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $ 70.00 | $ 11,200.00 | 146 3/2017 - 14 5/2017 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ 68.00 | $ 21,760.00 | 238 4/2017 82 5/2017 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 644 | $ 48.00 | $ 30,912.00 | Jul-17 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $ 43.50 | $ 6,525.00 | Mar-17 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1312 | $ 48.00 | $ 62,976.00 | Dec-16 |
| | TOTAL CS | 3866 | | | |
| | | | TOTAL DUE | $ 229,453.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035335

# NUTRISOURCE, LLC

**INVOICE**

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9159 |
| **DATE:** | 1/21/16 |
| **P.O.#** | 1061 |
| **RELEASE:** | **J 1061** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| **PRE-PAY** | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 320 | $  75.50 | $  24,160.00 | Jul-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 320 | $  75.00 | $  24,000.00 | Oct-17 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $  70.00 | $  11,200.00 | May-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 644 | $  48.00 | $  30,912.00 | Jul-17 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $  43.50 | $  6,525.00 | Mar-17 |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1312 | $  48.00 | $  62,976.00 | Dec-16 |
| | TOTAL CS | 2906 | | | |
| | | | **TOTAL DUE** | **$  159,773.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035337

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9427 |
| **DATE:** | 5/9/16 |
| **P.O.#** | 422 |
| **RELEASE:** | **J422** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5 OZ | 3000 | $   74.50 | $   223,500.00 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $   74.00 | $   148,000.00 |
| | TOTAL CS | 5000 | | |
| | | | **TOTAL DUE** | **$   371,500.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035340

# NUTRISOURCE, LLC

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

INVOICE

| | |
|---|---|
| **INVOICE #** | 9387 |
| **DATE:** | 4/25/16 |
| **P.O.#** | 419 |
| **RELEASE:** | **J419** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5 OZ | 320 | $ 75.00 | $ 24,000.00 | |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $ 74.50 | $ 35,760.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $ 68.00 | $ 21,760.00 | Sep-17 |
| | TOTAL CS | 1120 | | | |
| | | | **TOTAL DUE** | **$ 81,520.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035339

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 9457 |
| DATE: | 5/17/16 |
| P.O.# | 423 |
| RELEASE: | J423-E |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC

8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1600 | $ 74.50 | $ 119,200.00 | Nov-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 320 | $ 74.00 | $ 23,680.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 160 | $ 68.00 | $ 10,880.00 | Oct-17 |
| | TOTAL CS | 2080 | | | |
| | | | **TOTAL DUE** | $ 153,760.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035342

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 9455 |
| DATE: | 5/17/16 |
| P.O.# | 423 |
| RELEASE: | **J423-D** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

REVISED

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1280 | $  74.50 | $  95,360.00 | Nov-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $  74.00 | $  35,520.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | | $  68.00 | $       - | Oct-17 |
| | TOTAL CS | 1760 | | | |
| | | | **TOTAL DUE** | **$   130,880.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035343

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9222 |
| **DATE:** | 2/16/16 |
| **P.O.#** | 2116 |
| **RELEASE:** | **J2116** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $ 74.00 | $ 148,000.00 |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $ 74.50 | $ 238,400.00 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $ 43.50 | $ 6,525.00 |
| | TOTAL CS | 5200 | | |
| | | | **TOTAL DUE** | **$ 392,925.00** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035345

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9221 |
| **DATE:** | 2/16/16 |
| **P.O.#** | 2115 |
| **RELEASE:** | **J2115** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 2000 | $    74.80 | $    149,600.00 | |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1044 | $    70.00 | $    73,080.00 | 744 3/1/2017=300 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 100 | $    62.00 | $    6,200.00 | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3200 | $    75.30 | $    240,960.00 | |
| | TOTAL CS | 6344 | | | |
| | | | **TOTAL DUE** | **$    469,840.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035346

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9378 |
| **DATE:** | 4/18/16 |
| **P.O.#** | 418 |
| **RELEASE:** | **J418** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

Revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1120 | $    75.00 | $    84,000.00 | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1600 | $    74.50 | $  119,200.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 320 | $    68.00 | $    21,760.00 | Sep-17 |
| | TOTAL CS | 3040 | | | |
| | | | **TOTAL DUE** | **$   224,960.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035348

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9377 |
| **DATE:** | 4/18/16 |
| **P.O.#** | 417 |
| **RELEASE:** | **J417** |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

Revised

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | | |
|---|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** | |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1120 | $     75.00 | $     84,000.00 | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $     74.50 | $     35,760.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 240 | $     68.00 | $     16,320.00 | Sep-17 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | 150 | $     43.50 | $     6,525.00 | Feb-17 |
| | TOTAL CS | 1990 | | | |
| | | | **TOTAL DUE** | **$   142,605.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035349

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| **INVOICE #** | 9437 |
| **DATE:** | 5/11/16 |
| **P.O.#** | 423 |
| **RELEASE:** | **J423** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

REVISED

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:   305 675 7750

---

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | | $ 74.50 | $        - | Nov-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 896 | $ 48.50 | $ 43,456.00 | Oct-17 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 480 | $ 74.00 | $ 35,520.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 80 | $ 68.00 | $  5,440.00 | Oct-17 |
| 00871 36701 36741 | ENFAMIL PREMIUM CONCENTRATE 12/13 OZ | | $ 43.00 | $        - | |
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 864 | $ 48.50 | $ 41,904.00 | Apr-17 |
| 00870 01904 01944 | ENFACARE LIPIL POWDER 6/12.8OZ | 175 | $ 63.00 | $ 11,025.00 | Oct-17 |
| | TOTAL CS | 2495 | | | |
| | | | **TOTAL DUE** | **$  137,345.00** | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035352

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax   786-513-0216

| | |
|---|---|
| INVOICE # | 9449 |
| DATE: | 5/11/16 |
| P.O.# | 423 |
| RELEASE: | J423-B |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 3530 | $  74.50 | $   262,985.00 | Nov-17 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | | $  48.50 | $         - | |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1440 | $  74.00 | $   106,560.00 | Jan-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 400 | $  68.00 | $    27,200.00 | Oct-17 |
| | TOTAL CS | 5370 | | | |
| | | | TOTAL DUE | $   396,745.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035353

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| INVOICE # | 10029 |
| DATE: | 1/13/17 |
| P.O.# | 1128 |
| RELEASE: | J1128-B |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL | |
|---|---|---|---|---|---|
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1120 | $    74.50 | $    83,440.00 | Jul-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 404 | $    60.00 | $    24,240.00 | Jul-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1060 | $    74.00 | $    78,440.00 | Oct-18 |
| | TOTAL CS | 2584 | | | |
| | | | TOTAL DUE | $    186,120.00 | |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035355

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 10022 |
| **DATE:** | 1/13/17 |
| **P.O.#** | 1128 |
| **RELEASE:** | **J1128** |

**BILL TO:**
TANNCO INC.
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
LE MARE TRANSPORT INC.
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

| PRE-PAY | | | | |
|---|---|---|---|---|
| **ITEM #** | **DESCRIPTION** | **QTY (Cases)** | **PRICE** | **TOTAL** |
| 00871 36502 36542 | ENFAMIL PREMIUM LIPIL POWDER 6/12.5OZ | 1880 | $    74.50 | $    140,060.00 | Jul-18 |
| 00871 21401 21441 | ENFAMIL PROSOBEE LIPIL W/IRON 6/12.9 OZ | 1082 | $    60.00 | $    64,920.00 | Jul-18 |
| 00875 69353 10069 | ENFAMIL GENTLEASE LIPIL 6/12.40 OZ | 1440 | $    74.00 | $    106,560.00 | Oct-18 |
| | TOTAL CS | 4402 | | |
| | | | **TOTAL DUE** | $    311,540.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035356

# NUTRISOURCE, LLC

INVOICE

20900 NE 30TH AVE SUITE 710
AVENTURA, FL. 33180
Phone 305-682-8590
Fax    786-513-0216

| | |
|---|---|
| **INVOICE #** | 9034 |
| **DATE:** | 11/13/15 |
| **P.O.#** | 1113 |
| **RELEASE:** | **J1113** |

**BILL TO:**
**TANNCO INC.**
6295 SHADOWTREE LANE
LAKE WORTH, FL 33463

**PICK UP AT:**
**LE MARE TRANSPORT INC.**
C/O: J TRADING LLC
8740-8760 NW 102 STREET
MEDLEY, FL 33178

REVISED

**ATT: MITCH TANNE**
Phone: 561 434 9567
Fax:

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax:    305 675 7750

**PRE-PAY**

| ITEM # | DESCRIPTION | QTY (Cases) | PRICE | TOTAL |
|---|---|---|---|---|
| 00878 69217 69247 | ENFAGROW NEXT STEP POWDER VANILLA 4/24 OZ | 1126 | $      47.00 | $      52,922.00 |
| 00871 54601 40151 | ENFAMIL ENFAGROW 4/21 OZ | 680 | $      47.00 | $      31,960.00 |
| | TOTAL CS | 1806 | | |
| | | | **TOTAL DUE** $ | 84,882.00 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

GRD-000035373