

**Victory Wholesale Grocers**

Division of Brothers Trading Company, Inc.
Remit To: P.O. Box 73837 • Cleveland, Ohio 44193-0361
Correspond To: P.O. Box 216 • Springboro, Ohio 45066
(937) 704-1236  Fax (937) 550-2175

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 10/10/2017 | 0564617-DM |

PLEASE PAY BY INVOICE NUMBER

QUESTIONS SHOULD BE DIRECTED TO VENDOR RECEIVABLES

PURCHASED FROM:
J TRADING LLC
21411 NE 19 AVENUE
ATTN: JOHNNY GROBMAN
MIAMI, FL  33179

**GOVERNMENT EXHIBIT**
**Forfeiture 3**
**18CR20989**

OUR BUY#:
WIRE DATE::
CUSTOMER #: 11-0004873
VENDOR S.O. #: J4920
TERMS: DUE UPON RECEIPT

CONFIRM TO: Johnny Grobman           TERMS:

| ITEM NUMBER | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| /10901.13 | GOYA ADOBO SEAS SIN PIMENTO<br>4133103829 | CS | 26 | 21.29 | 553.54 |
| | | | | Invoice Total: | 553.54 |

**VWG** — Victory Wholesale Group

WIRE CARD-HANDLING #: 329294    COMPUTER REF. #: 1804920    CARD 1 OF 5

PURCHASED FROM: J TRADING LLC, MIAMI    4873    SOLD TO: ____    MITCH T
PUR. P.O. #: J4920    PURCHASE DATE: 06/14/17    SALE P.O. #: ____    DATE EXPECTED: 07/13/17
WIRE #: 564617    REPETITIVE #: VWG4873    DATE OF WIRE: 8/30/17    FEDERAL REF. #: ____
WIRE AMOUNT: $ 27,517.70    WIRED WITH #'S ____    PRE-ENTER DATE: CASH BEFORE

| REC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 10901.64 | 50 | | 24/ 15.00 OZ | GOYA CRM OF COCONUT | 02163 | 31.62 | | | |
| | 18037.50 | 90 | | 12/ 24.00 OZ | GOYA MOJO CRIOLLO SAUCE | 03060 | 18.99 | | | |
| | 10901.23 | 40 | | 24/ 12.00 OZ | GOYA SOFRITO | 02146 | 30.23 | | | |
| | 18037.68 | 40 | | 24/ 12.00 OZ | GOYA RECAITO | 02152 | 30.23 | | | |
| | 18038.13 | 308 | | 8/ 5.00 LB | GOYA THAI JASMINE RICE | 02620 | 37.66 | | | |

P/U AS: J TRADING
LOCATION: MIAMI, FL.
RELEASE: J4920

TRUCKING CO: ____    S: ____

F.O.B. LEMARE TRANSPORT
8740/8760 NW 102 ST.
LEMARETRANSPORT@BELLSOUTH.NET
MEDLEY    FL 33178
305-883-0870    ED TORRES/BETTY

ACCOUNTING:
CARD #: 899809    WT: DCM
DATE REC: 9/11/17    WT: ____
VERIFIED: 9/14/2017    SA: RJP
DISB. SEP 19 2017    SA: ____

---

**VWG** — Victory Wholesale Group

WIRE CARD-HANDLING #: 329294    COMPUTER REF. #: 1804920    CARD 2 OF 5

PURCHASED FROM: J TRADING LLC, MIAMI    4873    SOLD TO: ____    MITCH T
PUR. P.O. #: J4920    PURCHASE DATE: 06/14/17    SALE P.O. #: ____    DATE EXPECTED: 07/13/17
WIRE #: ____    REPETITIVE #: VWG4873    DATE OF WIRE: ____    FEDERAL REF. #: ____
WIRE AMOUNT: $ ____    WIRED WITH #'S ____    PRE-ENTER DATE: CASH BEFORE

| REC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 18038.19 | 57 | | 24/ 9.60 OZ | NECTAR MANGO | 12746 | 10.65 | | | |
| | 18037.44 | 6 | | 24/ 11.80 OZ | GOYA COCONUT WATER | 02785 | 15.35 | | | |
| | 18037.65 | 4 | | 24/ 0.16 OZ | GOYA SL RED PIMIENTO | 03930 | 17.92 | | | IRD |
| | 18038.10 | 22 | | 24/ 8.00 OZ | GOYA ADOBO CON LIMON | 03816 | 23.86 | | | 2255 |
| | 18037.52 | 34 | | 12/ 29.00 OZ | GOYA PINK BEANS | 02411 | 14.66 | | | |

P/U AS: J TRADING
LOCATION: MIAMI, FL.
RELEASE: J4920

TRUCKING CO: ____    S: ____

F.O.B. LEMARE TRANSPORT
8740/8760 NW 102 ST.
LEMARETRANSPORT@BELLSOUTH.NET
MEDLEY    FL 33178
305-883-0870    ED TORRES/BETTY

ACCOUNTING:
CARD #: ____    WT: ____
DATE REC: / /    WT: ____
VERIFIED: ____    SA: ____
DISB. ____    SA: ____

**VWG** — WIRE CARD-HANDLING # 329294   COMPUTER REF. # 1804920   CARD 3 OF 5

PURCHASED FROM: J TRADING LLC, MIAMI   4873   SOLD TO: _____   MITCH T
PUR. P.O. #: J4920   PURCHASE DATE: 06/14/17   SALE P.O. #: _____   DATE EXPECTED: 07/13/17
WIRE #: _____   REPETITIVE #: VWG4873   DATE OF WIRE: _____   FEDERAL REF. #: _____
WIRE AMOUNT: $ _____   WIRED WITH #'S _____   PRE-ENTER CASH BEFORE

| REC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 10901.30 | 80 | | 24/ 15.50 OZ | GOYA L/S BLACK BEANS | 12332 | 17.28 | | | |
| | 10901.24 | 28 | | 12/ 24.00 OZ | GOYA BITTER ORANGE | 03063 | 19.96 | | | |
| | 18037.45 | 7 | | 6/ 10.00 LB | GOYA CANILLA EX FCY | 02637 | 22.58 | | | |
| | 10901.48 | 8 | | 24/ 6.00 OZ | GOYA RED HOT SAUCE | 03857 | 12.47 | | | |
| | 18038.11 | 11 | | 24/ 0.33 OZ | ADOBO WITH ORANGE | 03817 | 23.86 | | | |

P/U AS : J TRADING
LOCATION: MIAMI, FL.
RELEASE : J4920

TRUCKING CO: _____   S: _____
F.O.B.   LEMARE TRANSPORT
8740/8760 NW 102 ST.
LEMARETRANSPORT@BELLSOUTH.NET
MEDLEY   FL 33178
305-883-0870   ED TORRES/BETTY

ACCOUNTING:
CARD # _____ WT _____
DATE REC __/__/__ WT _____
VERIFIED _____ SA _____
DISB. _____ SA _____

---

**VWG** — WIRE CARD-HANDLING # 329294   COMPUTER REF. # 1804920   CARD 4 OF 5

PURCHASED FROM: J TRADING LLC, MIAMI   4873   SOLD TO: _____   MITCH T
PUR. P.O. #: J4920   PURCHASE DATE: 06/14/17   SALE P.O. #: _____   DATE EXPECTED: 07/13/17
WIRE #: _____   REPETITIVE #: VWG4873   DATE OF WIRE: _____   FEDERAL REF. #: _____
WIRE AMOUNT: $ _____   WIRED WITH #'S _____   PRE-ENTER CASH BEFORE

| REC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 10901.13 | 26 | | 24/ 8.00 OZ | GOYA ADOBO SEAS SIN PIMENTO | 03829 | 21.29 | | | 2655 |
| | 10901.38 | 14 | | 12/ 32.00 OZ | GOYA TROP LEMON JCE | 03057 | 21.83 | | | |
| | 18038.36 | 22 | | 12/ 33.80 OZ | GOYA MANGO NECTAR | 02809 | 15.46 | | | |
| | 10901.18 | 1 | | 12/ 17.00 OZ | GOYA EX VIRG OLV OIL | 01107 | 44.89 | | | |
| | 18038.26 | 80 | | 24/ 7.00 OZ | COCO | 02161 | 23.49 | | | |

P/U AS : J TRADING
LOCATION: MIAMI, FL.
RELEASE : J4920

TRUCKING CO: _____   S: _____
F.O.B.   LEMARE TRANSPORT
8740/8760 NW 102 ST.
LEMARETRANSPORT@BELLSOUTH.NET
MEDLEY   FL 33178
305-883-0870   ED TORRES/BETTY

ACCOUNTING:
CARD # _____ WT _____
DATE REC __/__/__ WT _____
VERIFIED _____ SA _____
DISB. _____ SA _____

VWG Victory Wholesale Group

WIRE CARD-HANDLING # 329294   COMPUTER REF # 1804920   CARD 5 OF 5

| PURCHASED FROM: | J TRADING LLC, MIAMI | 4873 | SOLD TO: | MITCH T |
|---|---|---|---|---|
| PUR. P.O. #: J4920 | PURCHASE DATE: 06/14/17 | | SALE P.O. #: | DATE EXPECTED: 07/13/17 |
| WIRE #: | REPETITIVE #: VWG4873 | | DATE OF WIRE: | FEDERAL REF. #: |
| WIRE AMOUNT: $ | WIRED WITH #'S | | | PRE-ENTERED CASH BEFORE |

| REC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 18037.47 | 140 | | 24/ 17.60 OZ | GOYA COCONUT WATER | 02787 | 20.22 | | | |
| | TOTAL QTY: | 1068 | 0 | TOTAL ORDER $ AMT: 27,517.70   PERCENT OF LOAD: 81.1 | | | TOTAL WEIGHT: | 33,772 | | |

P/U AS  : J TRADING
LOCATION: MIAMI, FL.
RELEASE : J4920

TRUCKING CO:                      $:

LEMARE TRANSPORT
8740/8760 NW 102 ST.
F.O.B.   LEMARETRANSPORT@BELLSOUTH.NET
MEDLEY            FL 33178
305-883-0870      ED TORRES/BETTY

ACCOUNTING:
CARD # _____ WT _____
DATE REC __/__/__ WT _____
VERIFIED            SA _____
DISB.               SA _____



**Victory Wholesale Grocers**

Division of Brothers Trading Company, Inc.
Remit To: P.O. Box 73837 • Cleveland, Ohio 44193-0361
Correspond To: P.O. Box 216 • Springboro, Ohio 45066
(937) 704-1236 Fax (937) 550-2175

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/18/2018 | 0573786-IN |

PLEASE PAY BY INVOICE NUMBER

QUESTIONS SHOULD BE DIRECTED TO VENDOR RECEIVABLES

PURCHASED FROM:
J TRADING LLC
21411 NE 19 AVENUE
ATTN: JOHNNY GROBMAN
MIAMI, FL  33179

OUR BUY#: 1817602
WIRE DATE:: 4/10/2018
CUSTOMER #: 11-0004873
VENDOR S.O. #: 11399
TERMS: DUE UPON RECEIPT

CONFIRM TO: Johnny Grobman          TERMS:

| ITEM NUMBER | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| /58933.61 | AVERY 1.5" D-RING BINDER<br>7771111358 | CS | 2 | 26.04 | 52.08 |

Invoice Total:  52.08

**Victory Wholesale Group**

| | | |
|---|---|---|
| PURCHASED FROM: J TRADING LLC, MIAMI | SOLD TO: 4873 | MITCH T |
| PUR. P.O. #: 11399 | PURCHASE DATE: 02/12/18 | SALE P.O. #: | DATE EXPECTED: 03/28/18 |
| WIRE #: 573786 | REPETITIVE #: VWG4873 | DATE OF WIRE: 4-10-18 | FEDERAL REF. #: |
| WIRE AMOUNT: $ 5,137.92 | WIRED WITH #'S 573783-786 (4) | PRE-ENTER CASH BEFORE |

| REC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 58933.79 | 4 | 4 CS | 144/ 1.00 CT | AVERY WHT GLUE STICK .26 OZ | 00166 | 34.56 | | | |
| | 58933.61 | 192 | 192 CS | 12/ 1.00 CT | AVERY 1.5" D-RING BINDER | 11358 | 26.04 | | | 2 ss |
| | TOTAL QTY: | 196 | 196 | TOTAL $: 5,137.92 | PERCENT OF LOAD: 12.2 | WEIGHT: 2,358 | CUBE: 260 | | | |

P/U AS : j trading
LOCATION: miami, fl.
RELEASE : J1399

TRUCKING CO:  $:

F.O.B.  LEMARE TRANSPORT
8740/8760 NW 102 ST.
LEMARETRANSPORT@BELLSOUTH.NET
MEDLEY   FL 33178
305-883-0870   ED TORRES/BETTY

ACCOUNTING:   DCM
CARD # 918609   WT
DATE REC 4/12/18   WT
AI
VERIFIED 4/18/18   SA RJP
DISB.   SA



**Victory Wholesale Grocers**
Division of Brothers Trading Company, Inc.
Remit To: P.O. Box 73837 • Cleveland, Ohio 44193-0361
Correspond To: P.O. Box 216 • Springboro, Ohio 45066
(937) 704-1236 Fax (937) 550-2175

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/21/2018 | 0574928-IN |

PLEASE PAY BY INVOICE NUMBER

QUESTIONS SHOULD BE DIRECTED TO VENDOR RECEIVABLES

PURCHASED FROM:
J TRADING LLC
21411 NE 19 AVENUE
ATTN: JOHNNY GROBMAN
MIAMI, FL  33179

OUR BUY#: 1819748
WIRE DATE:: 5/9/2018
CUSTOMER #: 11-0004873
VENDOR S.O. #: J9748
TERMS: DUE UPON RECEIPT

CONFIRM TO: Johnny Grobman          TERMS:

| ITEM NUMBER | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| /18018 | KIKKOMAN TERIYAKI SAUCE<br>4139001022 | CS | 3 | 13.00 | 39.00 |

Invoice Total: 39.00

**Victory Wholesale Group**

| | |
|---|---|
| PURCHASED FROM: J TRADING LLC, MIAMI | 4873   SOLD TO: MITCH T |
| PUR. P.O. #: J9748 | PURCHASE DATE: 03/27/18   SALE P.O. #:   DATE EXPECTED: 04/18/18 |
| WIRE #: 574928 | REPETITIVE #: VWG4873   DATE OF WIRE: 5/9/18   FEDERAL REF. #: |
| WIRE AMOUNT: $ 37,686.00 | WIRED WITH #'S   PRE-ENTER CASH/BEFORE |

| REC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 18018 | 1008 | | 12/ 10.00 OZ | KIKKOMAN TERIYAKI SAUCE | 01022 | 13.00 | | | 355 |
| | 18018.03 | 765 | | 12/ 15.00 OZ | KIKKOMAN SOY SAUCE | 00090 | 18.00 | | | |
| | 18018.17 | 510 | | 12/ 15.00 OZ | KIKKOMAN LITE SOY SAUCE | 00107 | 21.20 | | | |
| | TOTAL QTY: | 2283 | 0 | TOTAL $: | 37,686.00   PERCENT OF LOAD: 97.5.   WEIGHT: | 39,612 | CUBE: | 968 | | |

P/U AS : j trading
LOCATION: miami, fl.
RELEASE : J9748

TRUCKING CO:                           $:

LEMARE TRANSPORT
8740/8760 NW 102 ST.
F.O.B.  LEMARETRANSPORT@BELLSOUTH.NET
MEDLEY              FL 33178
305-883-0870     ED TORRES/BETTY

ACCOUNTING: 920960   DCM
CARD #                         WT
DATE REC 5/14/18    WT
VERIFIED 5/18/2018    RJP
DISB.                           SA

# PICKUP ORDER #J9748

CARRIER: Thomas T.   APPT# 
CONTACT NAME:   DATE:
CARRIER PHONE:   TIME

RELEASE J9748

| ITEM # | DESCRIPTION | QTY (CS) |
|---|---|---|
| 41390 00090 00090 | KIKKOMAN SOY SAUCE 12/15 OZ (11833) | 765 |
| 41390 00005 01022 | KIKKOMAN TERIYAKI SAUCE 12/10 OZ (33913) | ~~1008~~ /1005 |
| 41390 00107 00107 | KIKKOMAN LITE SOY SAUCE 12/15 OZ | 510 |
|  | TOTAL CS | ~~2283~~ 2280 |

SEAL # 3570042

~~2283~~ 2280 CASES ON __22__ PLTS

RECEIVED AND COUNTED A TOTAL OF ~~2283~~ 2280 CASES AS PER STATED ABOVE FROM LE MARE TRANSPORT INC MEDLEY FL WAREHOUSE. LE MARE TRANSPORT INC. AS WAREHOUSE AGENTS ONLY AND NOT TO BE SHOWN AS SHIPPER OF RECORD ON ANY PART OF THIS MOVEMENT OTHER THAN THE PICKUP FACILITY FOR SAID CARGO.

X _____ LIC# _____ DATE: 5/10/2017

PALLETS _____ CHEP _____ EMPTY PLTS IN _____ PALLETS PAID __0__

seal intact
Oil Neal
5/14/18

rec - 22
pallets with
2280 cases
on 5-14-18