

20900 NE 30 TH AVE, SUITE 710
AVENTURA, FL. 33180
Phone: 305.682.8590
Fax:   786.513.0216

**GOVERNMENT EXHIBIT**
**Forfeiture 4**
**18CR-20989**

# INVOICE

| | |
|---|---|
| INVOICE # | 11263 |
| DATE: | 2/13/18 |
| P.O.# | 06412 |
| RELEASE # | J6412 |

**BILL TO:**

**QUALITY KING DIST. INC.**
2060 9th AVENUE
Ronkonkoma, NY. 11779

**ATT: NANCY GASSMAN**

Phone: 800.676.5554 x 2219
Fax:   631.439.2022

**REVISED**

**PICK UP AT:**

**LE MARE TRANSPORT INC.**
8740-8760 N.W. 102 STREET
MEDLEY, FLORIDA 33178

**ATT: ED TORRES / DANNY**

Phone: 305 883 0870
Fax:   305 675 7750

**TERMS: TT ADVANCED**

| ITEM # | DESCRIPTION | QTY (CS) | PRICE | TOTAL |
|---|---|---|---|---|
| 43100 05200 5 | MEAD FIVE STAR® 1 Subject Display Tray WR (05200) 12/12 CT | 283 | $ 22.68 | $ 6,418.44 |
| 43100 05244 9 | MEAD FIVE STAR® 3 SUB WIDE RULE 150 1x  6 | 127 | $ 17.06 | $ 2,166.62 |
| 43100 06188 5 | MEAD FIVE STAR® Wirebound Notebook - 2 Sub 120ct CR 12/ | 91 | $ 33.12 | $ 3,013.92 |
| 43100 06206 6 | MEAD FIVE STAR® 1 Subject Display Tray CR (06206)  12/100 CT | 854 | $ 25.00 | $ 21,350.00 |
| 43100 06208 0 | MEAD FIVE STAR® 5 SUBJECT 11X8 200C 1x  6/ | 654 | $ 24.75 | $ 16,186.50 |
| 43100 06210 3 | MEAD FIVE STAR® Wirebound Notebook - 3 Sub 150ct CR 6/ | 422 | $ 20.50 | $ 8,651.00 |
| 43100 06622 4 | MEAD SPIRAL®  Notebook - 1 Sub 100ct CR 24/ | 95 | $ 24.48 | $ 2,325.60 |
| 43100 29104 6 | MEAD FIVE STAR® Flex® Hybrid NoteBinder® - Large 6/6 CT | 307 | $ 27.84 | $ 8,546.88 |
| 43100 33106 3 | MEAD FIVE STAR® 4 Pocket Folder 48/ | 115 | $ 31.68 | $ 3,643.20 |
| 43100 45354 3 | MEAD MEMO BOOK 3X5 6x 12 | 65 | $ 22.50 | $ 1,462.50 |
| 43100 45484 7 | MEAD FIVE STAR® 1 SUBJECT 12/100 CT | 195 | $ 13.00 | $ 2,535.00 |
| | TOTAL CS : | 3208 | | |
| | | | TOTAL | $ 76,299.66 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com



20900 NE 30th AVE SUITE 710
AVENTURA, FL. 33180
Phone   305-682-8590
Fax      786-513-0216

# INVOICE

| | |
|---|---|
| INVOICE # | 11589 |
| DATE: | 5/17/18 |
| P.O.# | 08366 |
| RELEASE: | J8386 |

**BILL TO:**

**QUALITY KING DIST. INC.**
2060 9th AVENUE
Ronkonkoma, NY. 11779

**ATT: NANCY GASSMAN**
Phone: 800.676.5554 x 2219
Fax:     631.439.2022

**PICK UP AT:**

**LE MARE TRANSPORT INC.**
**C/O: J TRADING LLC**
8740-8760 NW 102 STREET
MEDLEY, FL 33178

**ATT: ED TORRES / DANNY**
Phone: 305 883 0870
Fax    : 305 675 7750

**TERMS: TT ADVANCED**

| ITEM # | DESCRIPTION | QTY (CS) | PRICE | TOTAL |
|---|---|---|---|---|
| 31600 11111 11111 | KIWI SHOE CREAM BLACK 12/1.7 OZ | 240 | $ 20.00 | $ 4,800.00 |
| 31600 11311 11311 | KIWI PREMIER LIQUID BLACK 12/2.5 OZ | **771** | $ 20.72 | $ 15,975.12 |
| 31600 11313 11301 | KIWI PREMIER BROWN 12/2.5 OZ | **490** | $ 20.50 | $ 10,045.00 |
| 31600 11314 11314 | KIWI PREMIER LIQUID NEUTRAL 12/2.5 OZ | **60** | $ 20.50 | $ 1,230.00 |
| 31600 11612 11662 | KIWI SCUFF COVER 48/2.4 OZ BROWN | 12 | $ 48.00 | $ 576.00 |
| 31600 11911 11906 | KIWI HEEL & EDGE BLACK 48/2.5 OZ | 96 | $ 58.16 | $ 5,583.36 |
| 31600 18400 18400 | KIWI EXPRESS SHINE SPONGE CLEAR 12/2 OZ | 360 | $ 20.50 | $ 7,380.00 |
| 31600 18401 18401 | KIWI EXPRESS SHINE SPONGE BLACK 12/2 OZ | 960 | $ 20.50 | $ 19,680.00 |
| 31600 18402 18402 | KIWI EXPRESS SHINE SPONGE BROWN 12/2 OZ | 180 | $ 20.50 | $ 3,690.00 |
| | TOTAL CS | 3169 | | |
| | | | **TOTAL DUE** $ | **68,959.48** |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com



20900 NE 30 TH AVE, SUITE 710
AVENTURA, FL. 33180
Phone: 305.682.8590
Fax:    786.513.0216

**BILL TO:**

**QUALITY KING DIST. INC.**
2060 9th AVENUE
Ronkonkoma, NY. 11779

**ATT: NANCY GASSMAN**

Phone: 800.676.5554 x 2219
Fax:    631.439.2022

# INVOICE

| | |
|---|---|
| **INVOICE #** | 11612 |
| **DATE:** | 5/22/18 |
| **P.O.#** | 08541 |
| **RELEASE #** | J8541 |

**PICK UP AT:**

**LE MARE TRANSPORT INC.**
8740-8760 N.W. 102 STREET
MEDLEY, FLORIDA 33178

**ATT: ED TORRES / DANNY**

Phone: 305 883 0870
Fax:    305 675 7750

**TERMS: TT ADVANCED**

| ITEM # | DESCRIPTION | QTY (CS) | PRICE | TOTAL |
|---|---|---|---|---|
| 74200 20108 | LEGGS SILKEN MST CTB SUNTAN SZ A 60/1 CT | 35 | $ 83.70 | $ 2,929.50 |
| 74200 20110 | LEGGS SILKEN MST CTB JET BLACK SZ Q 60/1 CT | 24 | $ 93.25 | $ 2,238.00 |
| 74200 20208 | LEGGS SILKEN MST CTB -BEIGE 60/1 CT | 24 | $ 86.00 | $ 2,064.00 |
| 74200 65203 | LEGGS SHEER ENERGY CT RT SIZE B - NUDE 652R | 35 | $ 87.00 | $ 3,045.00 |
| 74200 65606 | LEGGS SHEER ENERGY CT ST OFF BLACK SZ Q 60/CS | 15 | $ 88.00 | $ 1,320.00 |
| 74200 88721 | LEGGS JUST MY SIZE KNEE HIGH 4PK SUNTAN | 12 | $ 93.88 | $ 1,126.56 |
| 74200 92857 | LEGGS SM WF NUDE SZ B 60/1 CT | 24 | $ 90.00 | $ 2,160.00 |
| | TOTAL CS : | 169 | | |
| | | | TOTAL $ | 14,883.06 |

THANK YOU FOR YOUR ORDER!

If you have any questions concerning this invoice,
contact Johnny Grobman at 1-305-682-8590 or by
e-mail: johnnyg@jtradingllc.com

| SHIP TO: QUALITY KING DIST INC | (01) | BILL TO: QUALITY KING DIST INC | VENDOR: J TRADING LLC | PURCHASE ORDER | PAGE 1 |
| 201 COMAC STREET | | | | | |
| RONKONKOMA NY 11779 | | BELLPORT, NY 11713 | | | |

Case 1:18-cr-20989-RKA   Document 556-16   Entered on FLSD Docket 09/30/2021   Page 4 of 5

```
TERMS:              % NET 01 DAYS
DELIVERY BY:
CANCEL AFTER:
PO/INVOICE     10098
BUYER:         RON KNUDSEN
PO DATE:                118/06/05
PRINTED BY:    RK      ON 118/06/06 AT  9:19.08
```

| VNDSKU | ITEM DESCRIPTION | UPC STOCK | REG | INVOICE | NET | EXT$ | % DUE N/A | Q-ORD UM | EXP | CASE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12209 | LITTLE TREE CAR FRS 1PK COCONT | 76171103178 10317 | 83.52 | 54.75 | 54.75 | 1971.00 | 34.4 | 36 CS | _____ | 6X024 |
| 14526 | LITTLE TREE CAR FRS 1PK ENERGY | 76171175151 17515 | 83.52 | 54.75 | 54.75 | 657.00 | 34.4 | 12 CS | _____ | 6X024 |
| 7934 | LITTLE TREE CAR FRS 1PK JASMIN | 76171104335 10433 | 83.52 | 54.75 | 54.75 | 657.00 | 34.4 | 12 CS | _____ | 6X024 |
| 8427 | LITTLE TREE CAR FRS 1PK LEATHER | 76171102904 10290 | 83.52 | 54.75 | 54.75 | 657.00 | 34.4 | 12 CS | _____ | 6X024 |
| 12290 | LITTLE TREE CAR FRS 1PK MRNFRSH | 76171102287 10228 | 83.52 | 54.75 | 54.75 | 1314.00 | 34.4 | 24 CS | _____ | 6X024 |
| 12405 | LITTLE TREE CAR FRS 1PK NEW CR | 76171101891 10189 | 83.52 | 54.75 | 54.75 | 2628.00 | 34.4 | 48 CS | _____ | 6X024 |
| 18242 | LITTLE TREE CAR FRS 1PK OCEANM | 76171102218 10221 | 83.52 | 54.75 | 54.75 | 657.00 | 34.4 | 12 CS | _____ | 6X024 |
| 9259 | LITTLE TREE CAR FRS 1PK RELAX | 76171175052 17505 | 83.52 | 54.75 | 54.75 | 657.00 | 34.4 | 12 CS | _____ | 6X024 |
| 12663 | LITTLE TREE CAR FRS 1PK STRWBR | 76171103123 10312 | 83.52 | 54.75 | 54.75 | 1314.00 | 34.4 | 24 CS | _____ | 6X024 |
| 19605 | LITTLE TREE CAR FRS 1PK VAN PRD | 76171109453 10945 | 83.52 | 54.75 | 54.75 | 1314.00 | 34.4 | 24 CS | _____ | 6X024 |
| 12729 | LITTLE TREE CAR FRS 1PK VAN ROM | 76171101051 10105 | 83.52 | 54.75 | 54.75 | 1314.00 | 34.4 | 24 CS | _____ | 6X024 |
| PO | TOTAL | | 20044.80 | 13140.00 | | 13140.00 | 34.4 | 240 CS | 925.8 LBS | |

```
BUYER'S  SIGNATURE: _____     VENDOR'S SIGNATURE: _____

TERMS AND CONDITIONS:
A) 18% ANNUAL INTEREST RATE WILL BE CHARGED ON LATE SHIPMENTS
B) MERCHANDISE SHIPPED W/ LESS THAN 18 MONTHS DATING WILL BE RETURNED TO VENDOR FREIGHT COLLECT
C) U.S.A. GOODS ONLY, ORIGINAL MANUFACTURERS CASE PACK, NO REPACK
D) BY ACCEPTING THIS PO, SUPPLIER REPRESENTS & WARRANTS TO QUALITY KING DIST INC THAT ALL MERCHANDISE AND PRICING THAT IS THE SUBJECT OF THIS PO:
   (1) WAS OBTAINED BY SUPPLIER WITHOUT FRAUD, MISREPRESENTATION, OR VIOLATION OF ANY STATUTE, REGULATION OR ADMINISTRATIVE COURT ORDER
   (2) CAN LAWFULLY BE DISTRIBUTED IN THE U.S.A. IN ITS PRESENT FORM AND PACKAGING
   (3) IS NOT THE SUBJECT OF ANY LEGAL OR CONTRACTUAL RESTRICTIONS ON ITS RESALE BY SUPPLIER TO QUALITY KING DIST INC
E) THIS PO IS VALID FOR 45 DAYS FROM ORDER DATE OR HAS THE RIGHT TO CANCEL UNLESS QUALITY KING DIST INC OTHERWISE AGREED TO.
F) MERCHANDISE WILL BE REFUSED FOR THE FOLLOWING IMPROPER CRITERIA: INCORRECT NDC/UPC, INCORRECT INNER PACKS, IMPROPER LABELING, OVERSHIPMENTS, CRUSHED OR DAMAGED PACKAGINGS AND A 4% HANDLING
   AND SHIPPING CHARGE WILL BE DEDUCTED FROM YOUR INVOICE.
G) ALL BATCH CODES, DATE CODES, OR OTHER IDENTIFICATION MARKS MUST BE COMPLETELY INTACT:  ANY DEFACEMENT, ALTERATION OR COVERING OF ANY CODE OR MARK WILL NOT BE ACCEPTED.
H) ALL MERCHANDISE SHIPPED MUST COMPLY WITH USA VOC LAWS AND PACKAGING/LABELING REGULATIONS INCLUDING BUT NOT LIMITED TO WEIGHT OR QUANTITY STATED IN OUNCES
   NOT METRIC MEASUREMENTS WITH NO OVERLAY LABELS OR STICKERS.
```

```
SHIP TO: QUALITY KING DIST INC           (01)      BILL TO: QUALITY KING DIST INC        VENDOR: J TRADING LLC              PURCHASE ORDER        PAGE    1
         201 COMAC STREET                                   2 WORTH AVE                                                                                
         RONKONKOMA   NY    11779                           BELLPORT, NY  11713


TERMS:                % NET 01 DAYS
DELIVERY BY:
CANCEL AFTER:
PO/INVOICE     06315
BUYER:         RON KNUDSEN
PO DATE:                   118/01/03
PRINTED BY:    RK         ON 118/01/03 AT 16:16.01

VNDSKU   ITEM DESCRIPTION                              UPC STOCK           REG    INVOICE       NET        EXT$      %  DUE N/A      Q-ORD UM              EXP     CASE
  4313 N/B #17139 CO Q-10 SFTGL 60+20              74312171390 17139     608.16   283.00     283.00     30564.00  53.4                108 CS  _____            8X003

 62202 N/B VIT D 5000 IU 150CT SOFTGEL             74312193774 19377     123.96    48.00      48.00     34560.00  61.2                720 DZ  _____            8X003

  3298 N/BNTY CO Q10 200MG SGEL 30+15              74312020995 02099     265.68   113.00     113.00     13560.00  57.4                120 DZ  _____            8X003

  7322 N/BNTY LUTEIN 20MG SGELS 30S+10             74312049026 4902      108.12    35.00      35.00     15400.00  67.6                440 DZ  _____            8X003

         PO     TOTAL                                                  234386.88  94084.00   94084.00  59.8                748 CS     2495.2 LBS
```

BUYER'S  SIGNATURE: _____   VENDOR'S SIGNATURE: _____

TERMS AND CONDITIONS:
A) 18% ANNUAL INTEREST RATE WILL BE CHARGED ON LATE SHIPMENTS
B) MERCHANDISE SHIPPED W/ LESS THAN 18 MONTHS DATING WILL BE RETURNED TO VENDOR FREIGHT COLLECT
C) U.S.A. GOODS ONLY, ORIGINAL MANUFACTURERS CASE PACK, NO REPACK
D) BY ACCEPTING THIS PO, SUPPLIER REPRESENTS & WARRANTS TO QUALITY KING DIST INC THAT ALL MERCHANDISE AND PRICING THAT IS THE SUBJECT OF THIS PO:
   (1) WAS OBTAINED BY SUPPLIER WITHOUT FRAUD, MISREPRESENTATION, OR VIOLATION OF ANY STATUTE, REGULATION OR ADMINISTRATIVE COURT ORDER
   (2) CAN LAWFULLY BE DISTRIBUTED IN THE U.S.A. IN ITS PRESENT FORM AND PACKAGING AND
   (3) IS NOT THE SUBJECT OF ANY LEGAL OR CONTRACTUAL RESTRICTIONS ON ITS RESALE BY SUPPLIER TO QUALITY KING DIST INC
E) THIS PO IS VALID FOR 45 DAYS FROM ORDER DATE OR HAS THE RIGHT TO CANCEL UNLESS QUALITY KING DIST INC OTHERWISE AGREED TO.
F) MERCHANDISE WILL BE REFUSED FOR THE FOLLOWING IMPROPER CRITERIA: INCORRECT NDC/UPC, INCORRECT INNER PACKS, IMPROPER LABELING, OVERSHIPMENTS, CRUSHED OR DAMAGED PACKAGINGS AND A 4% HANDLING
   AND SHIPPING CHARGE WILL BE DEDUCTED FROM YOUR INVOICE.
G) ALL BATCH CODES, DATE CODES, OR OTHER IDENTIFICATION MARKS MUST BE COMPLETELY INTACT:  ANY DEFACEMENT, ALTERATION OR COVERING OF ANY CODE OR MARK WILL NOT BE ACCEPTED.
H) ALL MERCHANDISE SHIPPED MUST COMPLY WITH USA VOC LAWS AND PACKAGING/LABELING REGULATIONS INCLUDING BUT NOT LIMITED TO WEIGHT OR QUANTITY STATED IN OUNCES
   NOT METRIC MEASUREMENTS WITH NO OVERLAY LABELS OR STICKERS.