UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20989-CR-RKA/JG(s)

UNITED STATES OF AMERICA

vs.

JOHNNY GROBMAN,
RAOUL DOEKHIE, and
SHERIDA NABI,

     Defendants.
_____/

**JOINT REQUEST FOR STATUS CONFERENCE REGARDING FORFEITURE**

     The United States of America, by and through the undersigned Assistant United States Attorney, along with Counsel for Defendants, respectfully request a telephonic status conference concerning forfeiture.

     The parties diligently have been working towards resolving the outstanding forfeiture issues, and have reached a resolution. The parties thus request a conference to apprise the Court of the status of forfeiture, and to discuss moving the case forward. The parties have conferred and are available: March 18 after 11:00 a.m., March 21-23 in the afternoon, or March 24 in the morning, at the Court's convenience.

                        Respectfully submitted,

                        JUAN ANTONIO GONZALEZ
                        UNITED STATES ATTORNEY

            By:    */s/Joshua Paster*
                    JOSHUA PASTER
                    Court ID No. A5502616
                    Telephone: (305) 961-9342
                    Joshua.Paster@usdoj.gov
                    Assistant United States Attorneys
                    99 N.E. 4th Street, 7TH Floor
                    Miami, Florida 33132-2111